| AO 120 (Rev. 3/04) | | |
|---|---|---|
| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following    X Patents or    Trademarks:

| DOCKET NO.<br>08-cv-127 | DATE FILED<br>03/03/2008 | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF<br> CRS LLC | | DEFENDANT<br> Turner Broadcasting System Inc. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1   6,073,124 | 06/06/2000 | ShopNow.com Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | Amendment | Answer | Cross Bill | Other Pleading |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK | (BY) DEPUTY CLERK | DATE<br>03/03/2008 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy