

UNITED STATES DISTRICT COURT

CASE NO.: 08-127

## AFFIDAVIT OF SERVICE

**CRS, LLC**

       Plaintiff/Petitioner,

vs.

**TURNER BROADCASTING SYSTEMS, INC.**

       Defendant/Respondent.
_____/

Received by **D.M. Professional Services, Inc.** on **03/06/2008** at **04:00 PM** to be served upon:

**TURNER BROADCASTING SYSTEMS, INC.**

DELAWARE
NEW CASTLE, KENT, SUSSEX   ss.

I, **ROBERT DELACY, JR.**, depose and say that:

On **03/06/2008** at **05:15 PM**, I served the within **SUMMONS AND COMPLAINT** on **TURNER BROADCASTING SYSTEMS, INC.** at **C/O DELAWARE SECRETARY OF STATE 401 FEDERAL ST, Dover, DE 19901** in the manner indicated below:

Served the within SUMMONS AND COMPLAINT on **03/06/2008** Personally upon Harriet Windsor, Secretary Of State of the state of Delaware by leaving her a true and correct copy of said SUMMONS AND COMPLAINT for defendant, TURNER BROADCASTING SYSTEMS, INC., together with the sum of $2.00 as prescribed by section 3104 of title 10 of the Delaware code of 1978.

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was execute on this ___6___ day of _____Mar_____, 20_08_.

x /s/ *Robert DeLacy*
ROBERT DELACY, JR.
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE  19809

800.966.3624
Law Firm: **ECKERT, SEAMANS, CHERIN &MELLOTT**
Atty File#:  – Our File# **25238**

Sworn to and subscribed before me on this
_____ day of _____, 20__
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC