IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-127-GMS |
| | ) | |
| TURNER BROADCASTING SYSTEM, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND PROPOSED ORDER

WHEREAS, the defendant has recently retained counsel and requires additional time to investigate the allegations made by plaintiff before responding to the complaint in this action; and

WHEREAS, plaintiff is willing to agree to defendant's request for additional time to respond to the complaint,

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that defendant Turner Broadcasting System, Inc. shall have to and including April 25, 2008, to answer, move, or otherwise respond to plaintiff's complaint.

CRS LLC

*/s/ Michael Busenkell*

Michael Busenkell (No. 3933)
mbusenkell@eckertseamans.com
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Wilmington, Delaware 19801
(302) 425-0430

1

TURNER BROADCASTING SYSTEM, INC.

*/s/ Karen E. Keller*

---

John W. Shaw (No. 3362)
jshaw@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
YOUNG CONWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

So Ordered this _____ day of March, 2008,

---

United States District Judge