IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRS, LLC, a Washington Limited Liability Company | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-127 |
| Turner Broadcasting System, Inc., a Georgia Corporation | ) ) ) ) | |
| Defendant. | ) ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :

NEW CASTLE COUNTY  :

Michael G. Busenkell, Esquire, being duly sworn, states as follows:

1. My name is Michael G. Busenkell, Esquire. I am the attorney of record for Plaintiff CRS, LLC.

2. On March 19, 2008, a Summons and Complaint were sent to Turner Broadcasting System, Inc. registered mail, postage prepaid, return receipt requested, as required to effect service of process as per 10 Del. C. § 3104.

3. The mailing receipt obtained at the time of the mailing of the Notice is attached to this affidavit as Exhibit A.

4. The original return receipt is attached to this affidavit as Exhibit B.

_____
Michael G. Busenkell

U0012430

Sworn to and subscribed before me

this ___31st___ day of March, 2008.

_____Deborah A. Chase_____
Notary Public

DEBORAH A. CHASE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires April 29, 2011

U0012430

# EXHIBIT A

RE 338 594 908 US    te Stamp

| | | | |
|---|---|---|---|
| Reg. Fee | $9.50 | | |
| Handling Charge | $0.00 | Return Receipt | $2.15 |
| Postage | $2.16 | Restricted Delivery | $0.00 |
| Received by | | | |

Customer Must Declare Full Value $  $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM:** Eckert Seamans Cherin + Mellott LLC
300 Delaware Ave, Suite 1210
Wilmington, DE 19801

**TO:** Turner Broadcasting System
C/o CT Corporation
1201 Peachtree St, NE
Atlanta, GA 30361

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Turner Broadcasting Systems, Inc.
c/o Registered Agent CT Corporation System
1201 Peach Tree Street, NE
Atlanta, GA 30361

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery 3/27

C. Signature
X _____
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

Service Type:
☐ Certified Mail    ☐ Express Mail
☒ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
RE 338 594 968 US

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952