IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF DELAWARE

| | |
|---|---|
| CRS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>TURNER BROADCASTING SYSTEM, INC.<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 08-127-GMS<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Inge Larish, Esquire of Klarquist Sparkman, LLP to represent defendant Turner Broadcasting System, Inc. in this matter. Pursuant to the Standing Order for District Court Fund, the annual fee of $25.00 per attorney, if not already paid, will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 21, 2008

           YOUNG CONAWAY STARGATT &
            TAYLOR, LLP

           /s/ Karen E. Keller
           John W. Shaw (No. 3362)
           Karen E. Keller (No. 4489)
           1000 West Street
           Brandywine Building, 17th Floor
           Wilmington, DE 19801
           (302) 571-6600
           kkeller@ycst.com

           *Attorneys for Defendant*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED, this ___ day of April, 2008, that counsel's motion for admission pro hac vice of Inge Larish, Esquire is granted.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Inge Larish
Klarquist Sparkman, LLP
One Union Square
600 University Street, Suite 2950
Seattle, Washington 98101
206.264.2960

Date: April 21, 2008

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on April 21, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Michael G. Busenkell, Esquire
> Eckert Seamans Cherin & Mellott LLC
> 300 Delaware Avenue, Suite 1210
> Wilmington, DE 19801

I further certify that on April 21, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Robert Rohde, Esquire, Esquire [brohde@rohdelaw.com]
> Rohde & Van Kempen PLLC
> 1001 Fourth Avenue, Suite 4050
> Seattle, WA 98154-1000

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Karen E. Keller

John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600