IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRS, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 08-127-GMS |
| | ) |
| TURNER BROADCASTING SYSTEM, INC., | ) ) |
| | ) |
|     Defendant. | ) |

**DEFENDANT TURNER BROADCASTING SYSTEM, INC.'S MOTION TO TRANSFER TO WESTERN DISTRICT OF WASHINGTON PURSUANT TO 28 U.S.C. §1404(a)**

Defendant Turner Broadcasting System, Inc., pursuant to 28 U.S.C. § 1404(a), hereby moves this Court for entry of an Order, in the form attached hereto, transferring this action to the United States District Court for the Western District of Washington. The grounds upon which this motion is based are set forth in the Opening Brief in Support of this Motion and other supporting papers, filed concurrently herewith.

YOUNG CONWAY STARGATT & TAYLOR, LLP

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
jshaw@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

OF COUNSEL:
Inge A. Larish *(admitted pro hac vice)*
inge.larish@klarquist.com
KLARQUIST SPARKMAN, LLP
One Union Square
600 University Street, Suite 2950
Seattle, Washington 98101
(206) 264-2960


J. Christopher Carraway
chris.carraway@klarquist.com
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
(503) 595-5300


DATED: May 9, 2008                    *Attorneys for Defendant Turner Broadcasting System, Inc.*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on May 9, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Michael G. Busenkell, Esquire
> Eckert Seamans Cherin & Mellott LLC
> 300 Delaware Avenue, Suite 1210
> Wilmington, DE 19801

I further certify that on May 9, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Robert Rohde, Esquire, Esquire [brohde@rohdelaw.com]
> Rohde & Van Kempen PLLC
> 1001 Fourth Avenue, Suite 4050
> Seattle, WA 98154-1000

> YOUNG CONAWAY STARGATT
> & TAYLOR, LLP
>
> */s/Karen E. Keller*
> Karen E. Keller (No. 4489) [kkeller@ycst.com]
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19899
> (302) 571-6600

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-127-GMS |
| | ) |
| TURNER BROADCASTING SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |

## LOCAL RULE 7.1.1 DISCLOSURE

I, Karen E. Keller, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for the Defendant Turner Broadcasting System, Inc. has made a reasonable effort to reach agreement with counsel for Plaintiff CRS, LLC on the matters set forth in the foregoing motion to transfer and as of the time of filing this motion have not received a response.

YOUNG CONWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

John W. Shaw (No. 3362)
jshaw@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

OF COUNSEL:
Inge A. Larish (*admitted pro hac vice*)
inge.larish@klarquist.com
KLARQUIST SPARKMAN, LLP
One Union Square
600 University Street, Suite 2950
Seattle, Washington 98101
(206) 264-2960

J. Christopher Carraway
chris.carraway@klarquist.com
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
(503) 595-5300


DATED: May 9, 2008         *Attorneys for Defendant Turner Broadcasting System, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-127-GMS |
| | ) | |
| TURNER BROADCASTING SYSTEM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

At Wilmington, this ___ day of _____, 2008, the Court having considered the parties' arguments regarding defendant Turner Broadcasting System, Inc.'s Motion to Transfer;

IT IS HEREBY ORDERED that this action is TRANSFERRED to the United States District Court for the Western District of Washington.

_____
United States District Judge