IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRS, LLC | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 08-127-GMS |
| TURNER BROADCASTING SYSTEM, INC. | ) ) ) ) |
|     Defendant. | ) ) |

**DECLARATION OF DAVID VIGILANTE IN SUPPORT OF DEFENDANT TURNER BROADCASTING SYSTEM, INC.'S MOTION TO TRANSFER TO THE WESTERN DISTRICT OF WASHINGTON**

I, David Vigilante, the undersigned, declare:

1.     I am the Vice President and Associate General Counsel for Defendant Turner Broadcasting System, Inc. ("TBS, Inc."). I am over the age of 18 and competent to testify to the matters contained in this Declaration. I have knowledge of the matters stated herein based on my investigation of the facts as a corporate officer, and will testify to the same if called upon to do so. I declare as follows:

DECLARATION OF DAVID VIGILANTE IN SUPPORT OF MOTION TO
TRANSFER CASE - 1
C.A. No. 08-127-GMS

2.  The GameTap website is maintained by and on behalf of TGN, Inc., a subsidiary of TBS, Inc. TGN is a Georgia corporation. TGN has no employees, offices, or property in the State of Delaware. TGN does not have a registered agent for service of process in Delaware.

3.  The primary documentation regarding GameTap, including documents related to the development and noninfringement of the accused GameTap website, are in the possession of TGN, Inc., which is located in Atlanta, Georgia.

4.  Although certain TBS, Inc. subsidiaries are incorporated in Delaware, TBS, Inc. itself has no employees, offices or property in Delaware.

5.  TBS, Inc. is not incorporated in Delaware and has no registered agent in Delaware.

6.  TBS, Inc. is a Georgia corporation with its principal place of business in Atlanta, Georgia

I swear under penalty of perjury, under the laws of the United States, that the foregoing statements are true and accurate to the best of my knowledge.

Executed this 9 day of May, 2008 at Atlanta, Georgia.

_David Vigilante_

DECLARATION OF DAVID VIGILANTE IN SUPPORT OF MOTION TO TRANSFER CASE - 2
C.A. No. 08-127-GMS

**CERTIFICATE OF SERVICE**

I, Karen E. Keller, Esquire, hereby certify that on May 9, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Michael G. Busenkell, Esquire
> Eckert Seamans Cherin & Mellott LLC
> 300 Delaware Avenue, Suite 1210
> Wilmington, DE 19801

I further certify that on May 9, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> Robert Rohde, Esquire, Esquire [brohde@rohdelaw.com]
> Rohde & Van Kempen PLLC
> 1001 Fourth Avenue, Suite 4050
> Seattle, WA 98154-1000

> YOUNG CONAWAY STARGATT
> & TAYLOR, LLP
>
> /s/Karen E. Keller
> Karen E. Keller (No. 4489) [kkeller@ycst.com]
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19899
> (302) 571-6600