Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CRS, LLC, a Washington Limited Liability Company,

    PLAINTIFF

v.

TURNER BROADCASTING SYSTEMS, Inc., a Georgia Corporation

    DEFENDANT

Civil Action No.: 08-00127

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of _Robert E. Rohde (WSBA #12809)_ to represent ___CRS LLC___ in this matter.

Signed:_____
    Michael Busenkell, Bar No.

    Eckert Seamans Cherin & Mellott, LLC
    300 Delaware Avenue, Suite 1210
    Wilmington, DE 19801
    302.425.0430

Attorney for: ___CRS LLC___

Date: _____

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____
                                 United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of _Washington_ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid " to the Clerk of Court, or, if not paid previously, the fee payment will be submitted " to the Clerk's Office upon the filing of this motion.

Signed: _/s/ Robert E. Rohde_    Date: 2-28-08

Robert E. Rohde, WSBA #12809

Rohde & Van Kampen PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
Phone: (206) 386-7353
Fax: (206) 405-2825
E-mail: Brohde@rohdelaw.com