IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-127-GMS |
| | ) | |
| TURNER BROADCASTING SYSTEM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, Inge A. Larish, Esquire, hereby withdraws her appearance on behalf of Defendant Turner Broadcasting System, Inc. Young Conaway Stargatt & Taylor LLP and Klarquist Sparkman, LLP remain counsel of record for Defendant.

                                      YOUNG CONWAY STARGATT & TAYLOR, LLP

                                      */s/ Karen E. Keller*
                                      John W. Shaw (No. 3362)
                                      jshaw@ycst.com
                                      Karen E. Keller (No. 4489)
                                      kkeller@ycst.com
                                      The Brandywine Building
                                      1000 West Street, 17th Floor
                                      Wilmington, Delaware  19801
                                      (302) 571-6600

OF COUNSEL:
J. Christopher Carraway
chris.carraway@klarquist.com
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
(503) 595-5300

DATED: May 22, 2008                *Attorneys for Defendant Turner Broadcasting System, Inc*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on May 22, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Michael G. Busenkell, Esquire
> Eckert Seamans Cherin & Mellott LLC
> 300 Delaware Avenue, Suite 1210
> Wilmington, DE 19801

I further certify that on May 22, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Robert Rohde, Esquire, Esquire [brohde@rohdelaw.com]
> Rohde & Van Kempen PLLC
> 1001 Fourth Avenue, Suite 4050
> Seattle, WA 98154-1000

>> YOUNG CONAWAY STARGATT
>> & TAYLOR, LLP
>>
>> /s/ Karen E. Keller
>> Karen E. Keller (No. 4489) [kkeller@ycst.com]
>> The Brandywine Building
>> 1000 West Street, 17th Floor
>> Wilmington, Delaware 19801
>> (302) 571-6600