IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF DELAWARE

| | |
|---|---|
| CRS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TURNER BROADCASTING SYSTEM, INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-127-GMS<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of J. Christopher Carraway, Esquire of Klarquist Sparkman, LLP to represent defendant Turner Broadcasting System, Inc. in this matter. Pursuant to the Standing Order for District Court Fund, the annual fee of $25.00 per attorney, if not already paid, will be submitted to the Clerk's Office upon the filing of this motion.

Dated: May 22, 2008

                                    YOUNG CONAWAY STARGATT &
                                        TAYLOR, LLP

                                    /s/ Karen E. Keller
                                    John W. Shaw (No. 3362)
                                    Karen E. Keller (No. 4489)
                                    1000 West Street
                                    Brandywine Building, 17th Floor
                                    Wilmington, DE 19801
                                    (302) 571-6600
                                    kkeller@ycst.com

                                    *Attorneys for Defendant*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Oregon and Washington and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: May 22, 2008          Signed: _____
                                    J. Christopher Carraway
                                    KLARQUIST SPARKMAN, LLP
                                    121 S.W. Salmon Street, Suite 1600
                                    Portland, Oregon 97204
                                    Telephone: 503-595-5300

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on May 22, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Michael G. Busenkell, Esquire
> Eckert Seamans Cherin & Mellott LLC
> 300 Delaware Avenue, Suite 1210
> Wilmington, DE 19801

I further certify that on May 22, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> Robert Rohde, Esquire, Esquire [brohde@rohdelaw.com]
> Rohde & Van Kempen PLLC
> 1001 Fourth Avenue, Suite 4050
> Seattle, WA 98154-1000

> YOUNG CONAWAY STARGATT
> & TAYLOR, LLP
>
> /s/ Karen E. Keller
> Karen E. Keller (No. 4489) [kkeller@ycst.com]
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600