IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CRS, LLC

    Plaintiff,

        v.

TURNER BROADCASTING SYSTEM, INC.

    Defendant.

C.A. No. 08-127-GMS

## PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER

By: s/ Michael Busenkell
Michael Busenkell, Bar No.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Tel.  302.425.0430

OF COUNSEL:

Robert E. Rohde
Rohde & Van Kampen PLLC
1001 Fourth Avenue, Suite 4050
Seattle, WA 98154

# TABLE OF CONTENTS

Page

I.    INTRODUCTION.........................................................................1

II.   STATEMENT OF FACTS AND

NATURE OF PROCEEDINGS......................................................2

III.  SUMMARY OF ARGUMENT......................................................4

IV.  ARGUMENT...............................................................................5

    A. As There is no Dispute That This Action May be Brought
       in Both Districts, Inquiry Depends on Balancing of Jumara Factors
       With TBS Bearing a Heavy Burden....................................................5

    B. None of the Three Private Interest Factors Favor, Let Alone

       Strongly Favor, Transfer.................................................................7

       1.  Convenience of the Parties.........................................................7

       2.  Convenience of the Witness.......................................................9

       3.  Location of the Records...........................................................10

    C. The Relevant Public Factors Also Weigh Against Transfer.......................12

       1.  Judicial Economies...............................................................12

          a.   TGN Action is a Mirror Image Action Thus Carries
               No Weight in the Balance of Conveniences Analysis....................12

          b.  CRS's Infringement Action Against Valve................................14

          c.  Western District of Washington's Familiarity
             With the '124 Patent...........................................................15

       2.  Local Interest in Deciding Local Controversies at Home.....................16

V.   CONCLUSION.........................................................................17

i

# TABLE OF AUTHORITIES

**Cases**                                                                      **Page**

*Affymetrix, Inc. v. Synteni,*
    28 F.Supp.2d 192, 197 (D.Del. 1998)…………………………....…5, 6, 7, 9, 11, 12

*ADE Corporation v. KLA Tencor Corporation,*
    138 F.Supp.2d 565, 567-68 (D.Del. 2001)…………………………………......6, 9, 11

*Jumara v. State Farm Ins. Co.,*
    55 F.3d. 873, 879 (3d Cir. 1995)…………………………………………5, 6, 7, 9, 10, 12

*Burroughs Wellcome Co. v. Giant Food, Inc.,*
    392 F.Supp. 761 (D.Del. 1975)………………………………………………..…………7

*Motorola v. PC-TEL, Inc.,*
    58 F. Supp.2d 349, 358 (D.Del. 1999)…………………………………8, 9, 10, 16, 17

*Critikon v. Becton Dickinson Vascular Access,*
    821 F.Supp. 966-967 (D. Del. 1993)……………………………………………...11

*Mentor Graphics Co. v. Quickturn Design Systems, Inc.,*
    77 F.Supp.2d 505, 513 (D.Del. 1999)……………………………………………13, 14

*Network Commerce v. Microsoft Corp.,*
    260 F.Supp.2d 1034 (W.D. Wash. 2003)……………………………………………15

**Docketed Cases**

*CRS, LLC v. Valve Corporation,*
    Civ. No. 2:08-cv-00361 (W.D. Wash. Mar. 3 2008)…………………………….…………3

CRS, LLC v. Reflexive
    Civ. No. 08-cv-00200-SLR (D.Del. April 8, 2008…………..………………………4

**Statutes**

28 U.S.C.A. § 1404(a)……………………………………………………………5, 6

## PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER

### I.    INTRODUCTION

This is a patent infringement action between CRS LLC ("CRS") and Turner Broadcasting System, Inc.  CRS is the owner of the '124 patent at issue, which was developed in Florida.  Turner Broadcasting System, Inc. ("TBS") is the wholly owned subsidiary of Time Warner, Inc. ("Time Warner") the nation's 49th largest corporation with over $46 billion in reported revenue and over $130 billion in assets.  Time Warner has been a Delaware corporation since 1989. According to its most recent 10-k SEC filing, Time Warner maintains no fewer than 79 subsidiaries that are incorporated in the State of Delaware.  Many of these subsidiaries, such as Cable News Network, Inc. (CNN), are actually controlled by TBS.

At issue is whether the technology incorporated in GameTap infringes the plaintiff's '124 patent.  GameTap is a website through which TBS sells videogames and other digital content for download onto a personal computer.  TBS created Gametap in 2005 and is the registered owner of the GameTap domain.

TBS claims that the interest of justice will best be served if the case is transferred to the Western District of Washington.  The inquiry, of course, begins with the recognition that plaintiff's choice of forum is a paramount consideration that should not be lightly disturbed.  TBS bears the heavy burden of proving that the balance of conveniences tips strongly in favor of transfer.  For the reasons stated herein, TBS, however, has failed to satisfy its burden; therefore, its motion to transfer should be denied.

## II.    STATEMENT OF FACTS AND NATURE OF PROCEEDINGS

CRS is a Washington limited liability company with its principal place of business in Seattle, WA. CRS is the owner of the '124 patent at issue in this case, which was invented by Ganapathy Krishnan, John Guthrie and Scott Oyler. CRS intends to call the three inventors as witnesses, and as indicated in their respective declarations, all three inventors are able and willing to travel to Delaware to testify should this case go to trial. *See* Krishnan Decl., Guthrie Decl. and Oyler Decl. Despite the assertions made by defendant in its opening brief, the '124 patent was not developed in Washington but in Florida. *See* Krishnan Decl.

TBS is a Georgia corporation with its principal place of business in Atlanta. TBS has long and deep connections with the State of Delaware. Through a merger in 1995, TBS became a wholly owned subsidiary of Time Warner, a Delaware corporation since 1989. *See* Rogers Decl., Ex. A. Headquartered in New York City, Time Warner is the nation's 49th largest corporation with $46 billion in annual revenue and $133 billion in assets reported in 2007. *See* Rogers Decl., Ex. B. Time Warner employs 86,000 individuals, 9,000 of which work for TBS. *See* Rogers Decl., Ex. C and D. Moreover, according to its most recent 10-k SEC filing, Time Warner maintains no fewer than 79 subsidiaries that are incorporated in the State of Delaware. *See* Rogers Decl., Ex. E. Many of these subsidiaries, such as Cable News Network, Inc. (CNN), are actually controlled by TBS. *See* Rogers Decl., Ex. F and G.

GameTap is a website through which TBS sells videogames and other digital content for download onto a personal computer. GameTap can be found on the Internet at www.gametap.com. *See* Rogers Decl., Ex. H. TBS created Gametap in 2005 and is

the registered owner of the GameTap domain. *See* Rogers Decl., Ex. I and J. GameTap's

affiliation with TGN, Inc. ("TGN"), a TBS subsidiary, is unclear except that "GameTap

is a videogame website that is maintained by and on behalf of TGN." Defendant's

Opening Brief at 4. While the copyright and trademark notices of TBS and the Turner

trademark are conspicuously located on the GameTap homepage, the GameTap website

fails to explain its relationship with TGN. *See* Rogers Decl., Ex. G and H. According to

the Georgia Secretary of State, however, both TGN and TBS share the same office

building and the same corporate secretary, Louise S. Sams. *See* Rogers Decl., Ex. K.

Although, Delaware might be considered geographically inconvenient for TBS,

it's difficult to imagine how transferring the venue to the Western District of Washington

might be considered more convenient. TBS's headquarters is stationed in Atlanta,

Georgia, which is almost 2,700 miles from Seattle, WA as compared to just 750 miles

from Delaware. *See* Rogers Decl., Ex. L. Time Warner and TBS have enjoyed long

established ties to Delaware and the benefits of the laws of Delaware as evidenced by

Time Warner's identification of no fewer than 79 Delaware subsidiaries maintained by

Time Warner and/or TBS. *See* Rogers Decl., Ex. E. Moreover, TBS's business interests

extend throughout North and South America, Europe, Africa, the Middle East and the

Asia Pacific. *See* Rogers Decl., Ex. M.

In the last three months, including this case, CRS has filed three lawsuits claiming

infringement of the '124 patent, all three of which are currently pending. On March 3,

2008, the same day that CRS filed this lawsuit against TBS, CRS filed a similar lawsuit

against Valve Corporation ("Valve") in the Western District of Washington. *See* Case

No. 2:08-cv-000361. Valve is a privately held Washington corporation with its principal

place of business just outside of Seattle in Bellevue, Washington. *See* Rogers Decl., Ex.
N. Approximately one month later, CRS filed a second lawsuit in the District of
Delaware naming Reflexive, Inc. ("Reflexive") as the Defendant. *See* C.A. No. 08-cv-
00200-SLR. Reflexive is a California corporation with its principal place of business in
southern California. *See* Rogers Decl., Ex. O.

### III.    SUMMARY OF ARGUMENT

Transferring the case to the Western District of Washington *will not* serve the
interests of justice or judicial economy. The inquiry begins with the recognition that a
plaintiff's choice of forum is a paramount consideration that should not be lightly
disturbed. On its motion to transfer, TBS bears a heavy burden and the Court should
grant its motion only when the balance of convenience tips strongly in TBS's favor.
None of the private interest factors favor, let alone strongly favor, transfer to the Western
District of Washington.

With respect to the public interest factors, TBS raises three facts that it claims
favor transfer of this patent infringement action to the Western District of Washington:
1) TGN's declaratory judgment action challenging the validity of the '124 patent; 2)
CRS's infringement action against Valve on the same '124 patent concurrently filed in
the Western District of Washington; and 3) the district's familiarity with the '124 patent.
For reasons articulated below, none of these facts, however, weigh in favor of transfer
either.

TBS also tries to frame the dispute as a local controversy. That characterization is
inaccurate. First of all, the '124 patent was developed in Florida not Seattle, Washington.
Moreover, TBS is not a local or regional business that has only targeted markets but

rather a multinational corporation and a subsidiary of Time Warner, a Delaware

corporation. Both Time Warner and TBS, along with its subsidiaries such as CNN,

penetrate nearly every market in the United States. Moreover, TBS's allegedly infringing

GameTap service is available to practically anybody in the world with an Internet

connection and a computer. Finally, since this is a patent infringement action in which

the validity of the '124 patent will be at issue, the case is of national interest.

As the balance of conveniences does not favor, let alone strongly favor, transfer

to the Western District of Washington, TBS has failed to satisfy its heavy burden.

Consequently, the Court should deny defendant's motion to transfer.

## IV.    ARGUMENT

### A.  As There Is No Dispute That This Action May Be Brought In Both Districts, Inquiry Depends On Balancing Of Jumara Factors With TBS Bearing A Heavy Burden.

28 U.S.C.A. § 1404(a) permits the transfer of a civil action under certain

conditions.

> "For the convenience of parties and witnesses, in the interest of justice, a
> district court may transfer any civil action to any other district or division
> where it might have been brought."

TBS does not dispute that this patent infringement action may be brought in the District

of Delaware. Plaintiff does not dispute that this action could have brought in the Western

District of Washington. Consequently, whether transfer is appropriate under 28 U.S.C.A.

§ 1404(a) turns on the balancing of the *Jumara* factors.

The inquiry begins with the recognition that a "plaintiff's choice of a proper forum

is a paramount consideration" that "should not be lightly disturbed." *Affymetrix, Inc. v.*

*Synteni, Inc.*, 28 F.Supp.2d 192, 197 (D. Del. 1998). Therefore, on its motion to transfer,

TBS bears a heavy burden and the Court should grant its motion only when the balance of convenience tips strongly in TBS's favor. *Id.*; *see also ADE Corporation v. KLA-Tencor Corporation*, 138 F.Supp.2d 565, 567-68 (D.Del. 2001)("Unless the balance is strongly in favor of a transfer, the plaintiff's choice of forum should prevail").

In deciding whether to transfer the case to the Western District of Washington, the Court must consider whether the transfer would convenience (1) the parties and (2) the witnesses while (3) serving the interests of justice. *See* 28 U.S.C.A. § 1404(a). In the Third Circuit, this inquiry is a broad one requiring an examination of "all relevant factors to determine whether, on balance, the litigation would more conveniently proceed and the interests of justice [would] be better served by a transfer to a different forum." *See Jumara v. State Farm Ins. Co.*, 55 F.3d 873, 879 (3d Cir.1995). These *Jumara* factors include a number of non-exclusive private and public interests that the Court considers to "determine, on an individualized, case-by-case basis, whether convenience and fairness considerations weigh in favor of transfer." *Id.* at 879, 883.

The *Jumara* court identified six private interest factors: (1) the plaintiff's initial choice of forum; (2) the defendant's preference; (3) whether the claim arose elsewhere; (4) the convenience of the parties as indicated by their relative physical and financial position; (5) the convenience of the witness-but only to the extent that they may be unavailable for trial in one of the fora; and (6) the location of records and other documents-but, again, only to the extent that these files could not be produced in the alternate forum. *Id.* at 879; *see also Affymetrix*, 28 F.Supp.2d at 197. But as this Court articulated in *Affymetrix*, F.Supp.2d at 197, "it declines to give any weight to the first three *Jumara* interests-specifically, the plaintiff's choice of forum, the defendants'

preferred forum, and whether the claim arose elsewhere-in its determination of where the 'balance of convenience' lies" since "affording weight to these factors for their own sake runs the risk of double-counting them thereby compromising the transfer analysis."

But before analyzing the remaining three private-interest *Jumara* factors, CRS feels compelled to address TBS's choice of forum arguments with respect to the so-called "home turf" rule. Citing this Court's opinion in *Affymetrix* 28 F.Supp.2d at 199 and *Burroughs Wellcome Co. v. Giant Food, Inc.*, 392 F.Supp. 761 (D. Del. 1975), TBS argues that since CRS selected a forum other than its "home turf," less deference is given to CRS's choice of forum. Defendant's Opening Brief at 12. TBS misstates the law. In *Affymetrix*, 28 F.Supp.2d at 199, this Court unambiguously declared that *Burroughs* neither "states [n]or implies the Court should, or even could, pay 'less deference' or 'little deference' to [the plaintiff's] choice of forum simply because [plaintiff] left its 'home turf' to sue in the District of Delaware. Regardless of whether the plaintiff is leaving or remaining on his 'home turf' to file suit in Delaware, the degree of consideration paid to this choice stays the same – it is 'paramount.'" Consequently, the Court should only disturb this choice if TBS is able to overcome its heavy burden of establishing that the "balance of convenience" tips *strongly* in favor of transfer.

## B.  None of the Three Private Interest Factors Favor, Let Alone Strongly Favor, Transfer.

### 1.  Convenience of the Parties.

The first relevant *Jumara* private interest factor is the convenience of the parties as indicated by their relative physical and financial position. TBS is a Georgia corporation with its principal place of business in Atlanta. TBS, however, is a wholly owned subsidiary of Time Warner, Inc., a Delaware corporation since 1989. Time

Warner, of course, is one of the world's largest corporations, $46 billion in annual revenue in 2007, with offices all over the globe. Time Warner employs 86,000 individuals, 9,000 of which work for TBS. Moreover, according to its most recent 10-k SEC filing, Time Warner maintains no fewer than 79 subsidiaries that are incorporated in the State of Delaware. Many of these subsidiaries, such as Cable News Network, Inc. (CNN), are actually controlled by TBS.

CRS is a Washington limited liability company with its principal place of business in Seattle, WA. Although CRS is small compared to both Time Warner and TBS, CRS's business interests "are largely irrelevant since the company would prefer to litigate in Delaware." *Motorola v. PC-TEL, Inc.*, 58 F. Supp.2d 349, 358 (D. Del. 1999).

Although, Delaware might be considered geographically inconvenient for TBS, it's difficult to imagine how transferring the venue to the Western District of Washington might be considered more convenient. TBS's headquarters is stationed in Atlanta, Georgia, which is almost 2,700 miles from Seattle, WA as compared to just 750 miles from Delaware. Moreover, Time Warner's 10-k SEC filing identifies no fewer than 79 Delaware subsidiaries maintained by Time Warner and/or TBS. Therefore, considering that Delaware is a geographically more convenient location for TBS than Seattle, Washington and considering Time Warner and/or TBS's substantial ties to the State of Delaware, the geography factor weighs against transfer.

Regardless of any geographical inconvenience the District of Delaware might pose to TBS, financially, TBS can clearly shoulder the burden. *See e.g. Motorola* 58 F. Supp.2d at 358 (Finding small California company with estimated $15 million in assets to be financially capable of litigating in Delaware). TBS is the wholly owned subsidiary of

Time Warner, the nation's 49th largest corporation with over $46 billion in reported revenue and over $130 billion in assets. Even TBS's business interests extend throughout North and South America, Europe, Africa, the Middle East, and the Asia Pacific. As TBS is a "corporation with fairly substantial interests that operates in the national and international markets," TBS must "be able to identify some unique or unexpected burden associated with defending this action that militates against transfer." *Id.* at 358. TBS has failed to identify any such "unique or unexpected burden," therefore this factor weighs against transfer.

### 2.    Convenience of the Witnesses

The next *Jumara* factor is the convenience of the witness – "but only to the extent that they may be unavailable for trial in one of the fora." *Affymetrix*, 28 F.Supp.2d at 197. TBS, however, has failed to identify any witnesses who might be unavailable for trial in Delaware. TBS points to the fact that the three inventors of the '124 reside within the jurisdiction of Western District of Washington, but fails to show that these three inventors are any less likely to be available for trial in Delaware than in Washington. To the contrary, all three inventors have submitted sworn declarations expressing their willingness and intent to testify in Delaware should the matter proceed to trial. Moreover, in proving its case for patent infringement, CRS is just as interested, if not more interested, than TBS in ensuring the inventors appear for trial in Delaware. Since the availability of the three inventors is not an issue, this factor weighs against transfer. *See e.g. ADE Corporation*, 138 F.Supp.2d at 571 ("Certainly, where a witness reports that he or she is willing to appear and testify, it does not make much sense to assume he or she will not appear here and that the case should therefore be transferred").

TBS also argues that since the Seattle area was the central location for the
development of the '124 patent, "it is likely that numerous other witnesses will be located
in the Western District of Washington." Defendant's Opening Brief at 10. First of all,
TBS's statement of fact is wrong. The '124 patent was not developed in the Seattle area
but rather it was developed in Florida. Regardless, before the Court will give any weight
to the convenience these witnesses, TBS must not only specifically identify the witnesses
but must also apprise the Court as to the substance and materiality of their proposed
testimony. *See Motorola v. PC-TEL, Inc.*, 58 F. Supp.2d 349, 358 (D. Del.
1999)("Given the lack of specificity with which these individuals are identified and the
[total] absence of adequate information with respect to the content and materiality of their
testimony, the court affords them no weight in the balancing test" (internal quotations
omitted)). Mere speculation that numerous witnesses are likely to be located in the
Western District of Washington is inadequate. Therefore, the Court should give no
weight to the convenience of these unidentified witnesses.

Interestingly, TBS failed to address the fact that many witnesses are likely to be
located in Atlanta, Georgia where TBS is headquartered. Clearly, the Western District of
Washington is no more convenient a forum than Delaware for these potential witnesses.
Additionally, the Western District of Washington will have no more power to compel the
attendance of these witnesses than the District of Delaware. Thus, the convenience of the
witnesses should not be considered a factor favoring transfer.

### 3.    Location of the Records

The final private interest *Jumara* factor is the location of records and other
documents. This factor is only relevant to the extent that "these files could not be

produced in the alternate forum." *Affymetrix*, 28 F.Supp.2d at 197. But as this court noted in *Affymetrix*, 28 F.Supp.2d at 208, "recent technological advances have reduced the weight of this factor to virtually nothing" (internal citations and quotations omitted). *See also Critikon v. Becton Dickinson Vascular Access*, 821 F.Supp. 966-967 (D.Del. 1993)(Location of documents, in the context of access to proof, for a patent infringement case can be misleading since wherever trial is held, the documents will be copied and mailed to the offices of counsel then transported to trial).

TBS argues that the location of documents concerning the '124 patent in Seattle, Washington favors transfer to the Western District of Washington. Of course, TBS's argument ignores the fact that numerous records and files are likely located in Atlanta, Georgia or any one of a number of jurisdictions in which TBS has a physical presence. Moreover, the documents that TBS identifies are, by counsel's own admission, already in the possession of TBS's attorney. Regardless, TBS has made no showing that any documents that might be located in Seattle, Washington could not be produced in the District of Delaware. Again, it is not enough for TBS to merely allege the existence of records and documents in Seattle, Washington but rather TBS has the burden of proving that "these files could not be produced in the alternate forum." *Affymetrix*, 28 F.Supp.2d at 197. Consequently, this factor weighs against transfer. *See e.g. ADE Corporation*, 138 F.Supp.2d at 572 ("With new technologies for storing and transmitting information, the burden of gathering and transmitting documents 3,000 miles is probably not significantly more than it is to transport them 30 miles").

## C. **The Relevant Public Interest Factors Also Weigh Against Transfer**

In addition to the above-discussed private interest factors, the *Jumara* court also identified five public interest factors: (1) the ability of the Court to enforce the judgment; (2) practical considerations making trial easy, expeditious, or inexpensive, (3) the administrative difficulties posed by the relative congestion of the two dockets in the respective fora; (4) any local interest in deciding local controversies at home; as well as (5) the public policies of the fora. *See Jumara*, 55 F.3d at 879-80; *see also Affymetrix*, 28 F.Supp.2d at 197. Depending on the case, some of these public interests may play no role in the balance of convenience analysis. *See Affymetrix*, 28 F.Supp.2d at 205. Of the five public interest factors, TBS focuses its transfer analysis on judicial efficiency and the Western District of Washington's interest in deciding local controversies at home. For the reasons stated below, however, these factors do not support transfer in this case.

### 1.    **Judicial Economies**

TBS raises three facts that it claims favor transfer of this patent infringement action to the Western District of Washington: 1) TGN's declaratory judgment action challenging the validity of the '124 patent; 2) CRS's infringement action against Valve on the same '124 patent concurrently filed in the Western District of Washington; and 3) the district's familiarity with the '124 patent. None of these facts, however, weigh in favor of transfer.

#### a.    **TGN Action is a Mirror Image Action Thus Carries No Weight in the Balance of Conveniences Analysis.**

First, the TGN action should bear no weight whatsoever on the balance of conveniences. "A patent infringement defendant should not be able to strengthen its case for transfer by the simple expedient of filing a declaratory judgment action in the forum

of its choice." *Mentor Graphics Co. v. Quickturn Design Systems, Inc.*, 77 F.Supp.2d 505, 513 (D.Del. 1999). Therefore, any efficiencies that might be achieved by consolidating this litigation with the TGN declaratory judgment action are irrelevant. *Id.*

The fact that the declaratory judgment action was filed in the Western District of Washington by TGN as opposed to TBS should have no bearing on the analysis. Not much is known about TGN except that it is a subsidiary of TBS. While TBS describes GameTap as "a videogame website that is maintained by and on behalf of TGN," Defendant's Opening Brief at 4, the extent of TGN's specific role in the operation of GameTap is ambiguous. To be sure, TBS is the registered owner of the gametap.com domain. The bottom of the front page of the gametap.com website features copyright and trademark notices for TBS and conspicuously displays the Turner logo. A visit to the "About GameTap" page reveals that "GameTap is part of Turner Broadcasting System, Inc. (TBS, Inc.), a Time Warner company." Notably absent from either of these web pages is any reference to TGN. Further investigation, however, reveals that both TGN and TBS appear to share the same office building and the same corporate secretary, Louise S. Sams. Moreover, numerous press releases concerning GameTap describe it as a division or brand of TBS, again without any mention of TGN. In sum, TBS owns GameTap, the www.gametap.com domain, and TGN. TBS's explanation that GameTap is "maintained by and on behalf of TGN" is ambiguous at best. Therefore, as it relates to the present litigation, the Court should consider TGN to be nothing more than an alter ego of TBS.

Furthermore, both the TGN complaint and TBS's answer in the present action pray for the same relief, namely a declaratory judgment that the download process used

on gametap.com does not infringe the '124 patent and that the '124 patent is invalid.  But

as both matters concern the same '124 patent, the same gametap.com domain, the same

download process, the same witnesses and the same documentary evidence, the TGN

case in the Western District of Washington should be considered nothing more than a

mirror image action.  This Court, however, has previously stated that it "gives no weight

whatsoever to any efficiencies that might be achieved by consolidating [a] case with a

mirror image action" filed subsequent to the litigation at issue by the party seeking

transfer.  *Mentor Graphics*, 77 F.Supp.2d at 513.  Therefore, the TGN action is

immaterial to the Court's transfer analysis.

### b.  CRS's Infringement Action Against Valve

Although CRS concurrently filed an infringement action in the Western District

of Washington against Valve Corporation concerning the same '124 patent, any weight

that this might carry in the Court's analysis should be counterbalanced by the fact that

CRS has also filed an infringement action in the District of Delaware for the same '124

patent against Reflexive, a California corporation.  Thus, all the arguments put forward

by TBS, such as efficiency gained and expense saved by trying this case

contemporaneously with the Valve litigation in the Western District of Washington, are

just as applicable to the Reflexive litigation pending in this district.  Accordingly, any

judicial economies that might be achieved by transferring this case to Washington would

also be realized by keeping this case in the District of Delaware, CRS's preferred forum.

Consequently, the litigation against Valve Corporation favors transfer no more than the

litigation against Reflexive warrants keeping this case in Delaware.

### c.  Western District of Washington's Familiarity with the '124 Patent.

TBS's argument that this case should be transferred to the Western District of Washington due its familiarity with the '124 patent is based on a myriad of assumptions, none of which are well founded.

First, TBS assumes that this case would be transferred to the Honorable Judge Pechman, who has been assigned to the recently filed TGN matter, as opposed to the Honorable Judge Jones, who has been assigned to the Valve matter, which has been litigated for over two months.

Second, TBS assumes that the Honorable Judge Pechman still retains her knowledge and familiarity with the '124 patent despite the fact in the five years since she decided *Network Commerce v. Microsoft Corp.*, 260 F.Supp.2d 1034 (W.D. Wash. 2003), the Honorable Judge Pechman has had approximately 2680 cases pending before her including 80 that were decided by trial.[1]  But as TBS states in its opening brief, the claims of the '124 patent have already been construed.  Surely, this Court is just as capable as the Honorable Judge Pechman at reviewing the construed claims to determine whether the technology utilized by TBS for its gametap.com website, a technology that is different from the one at issue in the *Network Commerce* case, infringes the '124 patent. Therefore, even assuming that the Honorable Judge Pechman has retained some familiarity with the '124 patent, the efficiencies to be gained are likely nominal.

Third, TBS assumes that CRS is not going to move for and be granted a dismissal of the mirror image TGN action, which appears to have been filed for no other purpose than to bolster TBS's motion to transfer.  But even if this case is transferred to the

---

[1] These caseload statistics were taken from Exhibit C of the Larish Declaration filed in support of Defendant's Opening Brief.

Western District of Washington, the Reflexive matter will remain in Delaware and require this Court to decide issues concerning the '124 patent. Regardless, given all the assumptions upon which TBS's familiarity argument is based, the veracity of which is ambiguous, the Honorable Judge Pechman's experience with the '124 patent from five years ago can hardly weigh in favor of transfer.

      **2.     Local Interest in Deciding Local Controversies at Home**

TBS alleges that CRS is a Seattle-based company and the '124 patent was largely developed in Seattle, and then tries to frame this dispute as a local controversy. That is hardly an accurate portrayal of this case. First of all, the '124 patent was developed in Florida not Seattle, Washington. Regardless of this misstatement of fact, in *Motorola*, 58 F. Supp.2d at 358, this Court rejected a similar attempt by a multi-million dollar corporation with "fairly substantial interests that operates in the national and international marketplace." Likewise, the Court should not be persuaded by TBS's attempt to characterize dispute as one of local interests considering TBS's vast national and international business interests.

TBS is "not a local or regional business that has only targeted markets" located in the Atlanta area or on the East Coast. *Id.* As stated above, TBS is a multinational corporation and a subsidiary of Time Warner, a Delaware corporation. Both Time Warner and TBS, along with its subsidiaries such as CNN, penetrate nearly every market in the United States. Time Warner and/or TBS control at least 79 subsidiaries incorporated in Delaware. Moreover, through the magic of the Internet, TBS's GameTap service is available to practically anybody in the world with an Internet connection and a computer. By the same token, TBS's GameTap service likely has customers throughout

the United States, including Delaware. Each time one of these Delaware customers downloads digital content from GameTap, the '124 patent is being infringed. Furthermore, as this is a patent infringement action in which the validity of the '124 patent will be at issue, the case is of national interest.

Considering the broad national reach of both TBS and the alleged infringing technology incorporated in TBS's GameTap service, the fact that the '124 patent is owned by a Seattle corporation can hardly transform into a local controversy this national dispute between two companies located on opposite coasts. To the contrary, given TBS's substantial interests in the national and international marketplace, TBS "must be able to identify some unique or unexpected burden associated with defending this action that militates in favor of transfer." *Id.* at 358. TBS has failed to identify any such "unique or unexpected burden," therefore, this factor weighs against transfer.

## V. CONCLUSION

For the reasons stated above, the defendant has failed to satisfy its heavy burden of proving the balance of conveniences heavily favors transfer of this case to the Western District of Washington. Therefore, as the plaintiff's choice of forum is a paramount consideration that should not be lightly disturbed, the Court should deny defendant's motion to transfer.

The Honorable Judge Gregory M. Sleet

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRS, LLC, a Washington Limited Liability Company, | C.A. No. 08-127-GMS |
| Plaintiff, | |
| v. | **DECLARATION OF GANAPATHY KRISHNAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER** |
| TURNER BROADCASTING SYSTEM, Inc., a Georgia Corporation | |
| Defendant. | |

I, Ganapathy Krishnan, make the following declaration:

1.    I am one of the three inventors of the '124 patent at issue in this case. I make this declaration based upon personal knowledge.

2.    I understand that CRS LLC has filed a patent infringement action against Turner Broadcasting System, Inc. in the District of Delaware. I understand that should this matter go to trial, I may be called as a witness.

3.    Contrary to the defendant's allegations, I am not adverse to voluntarily appearing at trial in Delaware. If required to do so, I am fully able and willing to travel to Delaware to testify. At this time, I do not foresee any obstacles that might interfere with my ability and willingness to testify at trial in Delaware.

4.    Dwayne Walker was an officer of TechWave, Inc. who purchased my firm, at least in part, to acquire the inventions that we had pioneered while we were in Florida.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true to the best of my knowledge.

Executed this 22nd day of May, 2008 at Woodinville, Washington.

By: Dr. Ganapathy Krishnan

*[signature]*

I

The Honorable Judge Gregory M. Sleet

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRS, LLC, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TURNER BROADCASTING SYSTEM, Inc., a Georgia Corporation<br><br>Defendant. | C.A. No. 08-127-GMS<br><br>**DECLARATION OF JOHN GUTHRIE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER** |

I, John Guthrie, make the following declaration:

1.    I am one of the three inventors of the '124 patent at issue in this case. I make this declaration based upon personal knowledge.

2.    I understand that CRS LLC has filed a patent infringement action against Turner Broadcasting System, Inc. in the District of Delaware. I understand that should this matter go to trial, I may be called as a witness.

3.    Contrary to the defendant's allegations, I am not adverse to voluntarily appearing at trial in Delaware. If required to do so, I am fully able and willing to travel to Delaware to testify. At this time, I do not foresee any obstacles that might interfere with my ability and willingness to testify at trial in Delaware.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true to the best of my knowledge.

Executed this 23rd day of May, 2008 at Monroe, Washington.

By: _____

John Guthrie

The Honorable Judge Gregory M. Sleet

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRS, LLC<br><br>    Plaintiff,<br><br>        v.<br><br>TURNER BROADCASTING SYSTEM, INC.<br><br>    Defendant. | C.A. No. 08-127-GMS |

## DECLARATION OF JESSICA ROGERS IN SUPPORT OF PLAINTIFF'S
## OPPOSITION TO MOTION TO TRANSFER

I, Jessica Rogers, make the following declaration:

1.    I am a legal assistant at Rohde & Van Kampen PLLC. I make this declaration upon personal knowledge.  Attached hereto are true and correct copies of the following documents:

2.    Attached as Exhibit A is a true and correct copy of Delaware Secretary of State Summary of Time Warner Inc.

3.    Attached as Exhibit B is a true and correct copy of the Fortune 500 ranking Time Warner, Inc.

4.    Attached as Exhibit C is a true and correct copy of a fact sheet off Time Warner's website, www.timewarner.com.

5.    Attached as Exhibit D is a true and correct copy of a summary about Turner Broadcasting System, Inc. from Turner's website, www.turner.com.

6.    Attached as Exhibit E is a true and correct copy of an excerpt from a 10-k SEC Filling, filed by Time Warner, Inc on February 22, 2008.

7.    Attached as Exhibit F is a true and correct copy of an overview of Turner Broadcasting System taken from Time Warner's website, www.timewarner.com.

8.    Attached as Exhibit G is a true and correct copy of a summary of GameTap taken from its website, www.gametap.com.

9.    Attached as Exhibit H is a true and correct copy of the front web page for www.gametap.com.

10.    Attached as Exhibit I is a true and correct copy of a Time Warner press release stating Turner has entered the video game business with GameTap Broadband Entertainment Network, dated April 27, 2005.

11.    Attached as Exhibit J is a true and correct copy of company information for gametap.com listed on www.alexa.com, which shows the registered owner of the www.gametap.com domain.

12.    Attached as Exhibit K is a true and correct copy of Georgia Secretary of State Summary of TGN, Inc. and Turner Broadcasting System, Inc.

13.    Attached as Exhibit L is a true and correct copy of Google maps showing the distance in miles between Atlanta, Georgia to Delaware and Atlanta, Georgia to Seattle, Washington

14.    Attached as Exhibit M are a true and correct copies of screen shots Time Warner's website, which consist of an interactive map displaying TBS's global presence.

15.    Attached as Exhibit N is a true and correct copy of an overview of Valve Corporation taken from the company's website, www.valvesoftware.com.

16.    Attached as Exhibit O is a true and correct copy of an overview of Reflexive, Inc. taken from the company's website at www.reflexive-inc.com.

I declare the penalty of perjury under the laws of the State of Washington that the foregoing is true to the best of my knowledge.

Executed this 23rd day of May, 2008 at Seattle, Washington.

Jessica Rogers

**EXHIBIT A**



# State of Delaware
## The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware :          Citizen Services | Business Services | Visitor Info.

Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions  View Search Results

### Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 2190473 | Incorporation Date / Formation Date: | 03/15/1989 (mm/dd/yyyy) |
| Entity Name: | TIME WARNER INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE STREET | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | (302)658-7581 | | |

Additional information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information  [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

https://sos-res.state.de.us/tin/controller                    5/14/2008

# EXHIBIT B



NETFLIX    ⊙ Click here

**CNNMoney**.com·  News | Markets | Technology | Personal Finance | Small Business | CNN.com

Fortune on CNNMoney.com    Search

# FORTUNE



Subscribe To Fortune Magazine
Magazine Customer Service

Home   Fortune 500   Technology   Investing   Management   Rankings

Video   Newsletters   RSS

## FORTUNE 500   *Our annual ranking of America's largest corporations*   2008

Full List    Near You    CEOs    Top Companies    Top Industries

### 49. Time Warner

49 of 1000   Back   Next

## Find your top companies

☐ High revenue growth       ☐ High profit growth
☐ High EPS growth           ☐ High return to investors
☐ Top 5 in its industry     ☐ Best company to work for
☐ Big employer              ☐ Small employer

Select Industry(s)                         See All

Select State(s)                            See All

Download the Fortune 500
(HOW THIS TOOL WORKS)                      Submit

**Rank: 49** (Previous rank: 48)
**Compare tool:** Time Warner vs. Top 10
**CEO:** Jeffrey L. Bewkes
**Address:** 1 Time Warner Center
New York, NY 10019
**Phone:** 212-484-8000
**Website:** www.timewarner.com

New CEO Jeff Bewkes is trying to revive the
share price of the entertainment giant (parent of
both Fortune and CNNMoney.com) and make
the company more profitable. In addition to
splitting up AOL's advertising and Internet
access business into separate divisions, he has
indicated the possibility of combining AOL with
another entity. Reports suggest AOL is in talks
with Yahoo. This past February, the company
announced that New Line Cinema would be
folded into the Warner Brothers family to cut costs. Bewkes has also announced an intention to reduce the
company's 84% stake in its cable subsidiary.



Get Quote: TWX
Add TWX to Portfolio

Financials: Latest Results
Add TWX to Alerts

### China's Profit Miracle

Morgan Stanley's chief economist calls this, "The
biggest economic story to come out of China in 25
years."

It should make an entire generation of U.S. investors
rich, but most will surely miss out.

Discover the simple action you can take today to
make sure you profit. A free Global Investor Update
from The Motley Fool reveals: "The Two Most Lucra-
tive Words Since Silicon Valley."

▶ Click here to claim your report!... It's FREE!

| | $ millions | % change from 2006 |
|---|---|---|
| Revenues | 46,615.0 | 4.1 |
| Profits | 4,387.0 | -33.0 |
| Assets | 133,830.0 | — |
| Stockholders' equity | 58,536.0 | — |
| Market value (3/28/2008) | 49,603.6 | — |

| Profit as % of | | |
|---|---|---|
| Revenues | | 9.4 |
| Assets | | 3.3 |
| Stockholders' equity | | 7.5 |

| Earnings per share | | |
|---|---|---|
| 2007 $ | | 1.17 |
| % change from 2006 | | -24.5 |
| 1997-2007 annual growth rate % | | N.A. |

| Total return to investors | | |
|---|---|---|
| 2007 | | -23.2 |
| 1997-2007 annual rate | | 11.6 |

### See Time Warner in...

#### ...Top 50 Headquarters

Show: Top 50 | 25 Most Profitable |
Fortune 500 | Time Warner

#### ...What Readers Say

They speak out on Time Warner and
other 500 companies...

*Be your own boss! Employees are
sods*

*I just got on with JP Morgan Chase
and there is a great deal of opp...*

*I work for Johnson Controls since*

**Sponsored Links**

**Countrywide® Home Loans**
No Closing Cost Refi. No Points. No Credit Report or
Processing Fees.

**Refinance at 5.25% Fixed**
$250,000 Mortgage for $886/mo. Compare up to 4 Free
Quotes!

**Estimates on New Windows**
Free estimates. Replace your home's windows. Local experts!

**AARP Auto Insurance Quote**
Over 50? Save $385 No Hassle Auto Ins Quotes with AARP &
The Hartford

Buy a link here

## Video   (2 of 4)

*19-11-2007 and it's great!*

Have your say

## Industry: Entertainment

| Rank | Company | 500 rank | Revenues ($ millions) |
|------|---------|----------|----------------------|
| 1 | Time Warner | 49 | 46,615.0 |
| 2 | Walt Disney | 67 | 35,882.0 |
| 3 | News Corp. | 84 | 28,655.0 |
| More competitors | | | See all |

*From the May 5, 2008 issue*

Revenues: Includes revenues from discontinued operations.

### Sponsored Links

**Countrywide® Home Loans**
No Closing Cost Refi. No Points. No Credit Report or Processing Fees.
www.Countrywide.com

**Refinance at 5.25% Fixed**
$250,000 Mortgage for $885/mo. Compare up to 4 Free Quotes!
www.QuotesHound.com

**Estimates on New Windows**
Free estimates. Replace your home's windows. Local experts!
Calfinder.com

Buy a link here



**Customize a Dreamliner**
Boeing, No. 27 on the Fortune 500, relies on thousands of workers around the globe to manufacture each unique 787. Watch

## Fortune 500 News

IBM: From supercomputers to superrice
Beyond 'Royale with Cheese'
Automotive Armageddon
Where does Google go next?
HP's smart gamble

Today's top stories

## Top 3

| HOW STATES STACK UP | BEST EMPLOYERS |
|---------------------|----------------|

| Rank | # of Fortune 500 Companies |
|------|---------------------------|
| Texas | 56 |
| New York | 55 |
| California | 52 |

See the rest

## FAQ and methodology

Included in the survey are U.S. incorporated companies filing financial statements with a government agency. This includes private companies... More

| LATEST ISSUE | FORTUNE ASIA | FORTUNE EUROPE |
|--------------|--------------|----------------|



## The year of the vulture

The private equity firms that will thrive in the year ahead are those that know how to profit from others' misfortunes.
   Table of Contents
   Recent Issues

Subscribe

Home | Contact Us | Advertise with Us | Corrections | Career Opportunities | Press Center | Site Map
RSS | Email Delivery | Portfolio | Podcasts | Mobile | User Preferences | Special Sections
Subscribe to Fortune | Magazine Customer Service | Download Fortune Lists | Reprints | Conferences | Business Leader Council

© 2008 Cable News Network. A Time Warner Company ALL RIGHTS RESERVED.
Terms under which this service is provided to you. Privacy Policy
* : Time reflects local markets trading time (.- intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges • Disclaimer
Copyright © 2008 BigCharts.com Inc. All rights reserved. Please see our Terms of Use.

MarketWatch, the MarketWatch logo, and BigCharts are registered trademarks of MarketWatch, Inc.
Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. All Times are ET.
Intraday data provided by ComStock, an Interactive Data Company and subject to the Terms of Use.
Historical, current end-of-day data, and splits data provided by FT Interactive Data.
Fundamental data provided by Hemscott.
SEC Filings data provided by Edgar Online Inc.
Earnings data provided by FactSet CallStreet, LLC.

**EXHIBIT C**

SHOP AND SUBSCRIBE ▣
CONTACTS AND SUPPORT ▣      Search

OUR COMPANY
FACT SHEET
VALUES
DIGITAL INITIATIVES

## FACT SHEET

### HEADQUARTERS

**Time Warner Inc.**
One Time Warner Center
New York, NY 10019
Phone 212.484.8000

🖶 Printer-Friendly Page



**CORPORATE PROFILE**

**Building Brands for a Digital World**
2007 Corporate Profile Book 🔗
2007 European Profile Book 🔗
2007 Asia Pacific Profile Book 🔗



**AOL LLC**
770 Broadway
New York, NY10003
Phone 212.652.6400

HBO

**HBO**
1100 Avenue of the Americas
New York, NY 10036-6712
Phone 212.512.1000



**Time Warner Cable**
One Time Warner Center,
North Tower
New York, NY 10019
Phone 212.364.8200



**Turner Broadcasting System**
1 CNN Center
Atlanta, GA 30303
Phone 404.827.1700

Time Inc.

**Time Inc.**
1271 Avenue of the Americas
New York, NY 10020-1393
Phone 212.522.1212



**Warner Bros. Entertainment**
4000 Warner Blvd.
Burbank, CA 91522
Phone 818.954.6000

### NUMBER OF EMPLOYEES

Total Worldwide: Approximately 86,000 as of December 31, 2007

### STOCK TICKER INFORMATION

Time Warner common stock is traded on the New York Stock

exchange under the symbol TWX. For more information, please visit
the Investor Relations section.

## A SELECTION OF AWARDS AND HONORS

**2008 AdweekMedia Hot List, March 2008:** Time Inc.'s
People.com was named AdweekMedia's Web Site of the Year. *Real
Simple* ranked second on *Adweek*'s "Top Ten" list, while *All You* was
number six on its "Top Ten Under Fifty" (magazines with annual
revenue under $50 million) list.

**GLAAD Media Awards, March 2008:** Time Warner companies
received three awards; two for CNN and one for *People en Español.*

**National Headliner Awards, March 2008:** Time Inc. and Turner
Broadcasting won a combined total of seventeen awards.

**Second Annual MPA Digital Awards, March 2008:** Time Inc.
won a total of eight awards, include Website of the Year honors in
their respective categories for TIME.com, People.com and SI.com.

**80th Annual Academy Awards, February 2008:** Time Warner
companies received a total of six Oscars®, including two each for
Picturehouse and HBO and one each for Warner Bros. and New Line
Cinema.

**AWRT Gracie Allen Awards, February 2008:** Time Warner
companies received ten awards, including seven for Turner
Broadcasting, two for HBO and one for Warner Bros.

**39th NAACP Image Awards, February 2008:** HBO and TBS each
received three awards, while Warner Bros. Entertainment received
one.

**14th Annual Screen Actors Guild Awards, January 2008:** HBO
won five awards, including three for *The Sopranos*, one for *As You
Like It* and one for *Life Support.*

**65th Golden Globe® Awards, January 2008:** Time Warner
companies won 9 awards. HBO received six, Warner Bros. won two,
and Picturehouse received one.

**People's Choice Awards, January 2008:** Warner Bros. Television
received four awards, including Favorite TV Comedy (*Two and a Half
Men*), Favorite New TV Drama (*Moonlight*), Favorite Talk Show Host
(Ellen DeGeneres) and Favorite Movie Drama (*Harry Potter and the
Order of the Phoenix*). New Line won Favorite Song From a
Soundtrack ("You Can't Stop the Beat" from *Hairspray*).

**Producers Guild of America Awards, January 2008:** HBO
received two awards, one for Producer of the Year in Long-Form
Television (*Bury My Heart at Wounded Knee*) and one for Producer
of the Year in Episodic Television - Drama (*The Sopranos*). Warner
Bros. President and COO Alan Horn was honored with the guild's
Milestone Award.

**59th Technology & Engineering Emmy® Awards, January
2008:** CNN was honored for developing an unrivaled portable kit
that enables journalists to report, edit and produce news packages
from nearly anywhere on the globe. Read more ⊞

**59th Emmy® Awards, September 2007:** Time Warner
companies won 28 Primetime and Creative Arts Emmy Awards,
including fifteen for HBO, eight for Cartoon Network, three for
Warner Bros. Television and two for TNT. Additionally, CNN won a
News and Documentary Emmy for its coverage of Election Night
2006.

**International Broadcasting Conference's 2007 Innovation
Awards, September 2007:** CNN won two awards, one for Content
Creation and a Judges' Prize for Top Innovation.

*Working Mother's 2007 100 Best Companies, September*

**2007:** Turner Broadcasting System, Inc. was a 2007 Best Company Winner.

**The 33rd Humanitas Prize, June 2007:** Awards were given to HBO Films for *Longford* and to Warner Bros. Television for the *The New Adventures of Old Christine.*

**34th Annual Creative Daytime Emmys, June 2007:** Warner Bros. Television won seven awards, including four for the *The Ellen DeGeneres Show.* Turner Broadcasting's Cartoon Network won one award for *Ben 10.*

**66th Annual Peabody Awards, June 2007:** HBO won five awards, including one for Spike Lee's *When the Levees Broke: A Requiem In Four Acts.*

**Diversity Inc.'s Top 50 Companies for Diversity, June 2007:** Turner Broadcasting System, Inc. placed twenty-first on the list.

## EXECUTIVES

To learn more about Time Warner's senior management, including the board of directors and senior corporate executives, please visit the Management section.

## BUSINESSES

To learn more about Time Warner's businesses (AOL, HBO, Time Inc., Time Warner Cable, Turner Broadcasting System and Warner Bros. Entertainment), please visit the Businesses section.

last updated: March 31, 2

legal & privacy  caution concerning forward-looking statements  | © Time Warner 2008. All Rights Reserved.

# EXHIBIT D

# About Us

Turner Broadcasting System, Inc. (TBS, Inc.), a Time Warner company, creates and programs branded news, entertainment, animation and young adult media environments on television and other platforms for consumers around the world. TBS, Inc. is based in Atlanta, GA, and employs more than 9,000 people worldwide. Philip I. Kent oversees TBS, Inc. as chairman and CEO.

Many are familiar with TBS, Inc.'s groundbreaking network, CNN, one of the world's most respected and trusted sources for news and information. TBS, Inc. is also home to familiar entertainment networks such as TBS, TNT, Cartoon Network, Turner Classic Movies, Adult Swim and truTV.

We invite you to explore TBS, Inc.'s history and to learn more about our company.

# EXHIBIT E

EDGAR Online

About EDGAR Online | Login



Advertisement

UPGRADED ONLINE    Trade stocks in 6 markets
GLOBAL TRADING    and in local currencies

E*TRADE Securities LLC    GO GLOBAL ▶

The following is an excerpt from a 10-K SEC Filing, filed by TIME WARNER INC. on 2/22/2008.

Jump

to : -- Use Sections To Navigate Through The Document --

Advertisement

POWER E*TRADE PRO

$6.99-$9.99
STOCK & OPTIONS TRADES
75¢ PER OPTIONS CONTRACT

100 COMMISSION-FREE
STOCK & OPTIONS TRADES

E*TRADE Securities LLC

ARE YOU READY? ▶

EXHIBIT 21

### SUBSIDIARIES OF TIME WARNER INC.

Time Warner maintains over 1,500 subsidiaries. Set forth below are the names of certain controlled subsidiaries, at least 50% owned, directly or indirectly, of Time Warner as of December 31, 2007, that carry on a substantial portion of Time Warner's lines of business. The names of various consolidated wholly owned subsidiaries have been omitted. None of the foregoing omitted subsidiaries, considered either alone or together with the other subsidiaries of its immediate parent, constitutes a significant subsidiary.

| Name | State or Other Jurisdiction of Incorporation |
|---|---|
| Time Warner Inc. (Registrant) | Delaware |
| TW AOL Holdings Inc. | Virginia |
| AOL Holdings LLC | Delaware |
| AOL LLC | Delaware |
| ADTECH AG | Germany |
| AdTech US, Inc. | Delaware |
| Advertising.com, Inc. | Maryland |
| Advertising.com (ADV) Germany GmbH | Germany |
| Advertising.com Denmark APS | Denmark |
| Advertising.com Finland OY | Finland |
| Advertising.com France, Sarl | France |
| Advertising.com International Holdings Limited | United Kingdom |
| Advertising.com International Limited | United Kingdom |
| Advertising.com Netherlands B.V. | Netherlands |
| Advertising.com Norway AS | Norway |
| Advertising.com Spain, S.L. | Spain |
| Advertising.com Sweden, AB | Sweden |
| AOL Online India Private Limited | India |
| AOL Asia Limited | Hong Kong |
| AOL Australia PTY Limited | Australia |
| AOL Beijing Technology Research & Development Company Limited | China |
| AOL Canada, Inc. | Canada |

| | |
|---|---|
| AOL Community, Inc. | Delaware |
| AOL Deutschland Medien GmbH | Germany |
| AOL Europe Services Sarl | Luxembourg |
| AOL France SNC | France |
| AOL Global Operations Limited | Ireland |
| AOL Interactive Media India Private Limited | India |
| AOL Mexico S. de R.L. de C.V. | Mexico |
| AOL Nederland BV | Netherlands |
| AOL Relegence Israel Ltd. | Israel |
| AOL (UK) Limited | United Kingdom |
| CompuServe Interactive Services France SNC | France |

---

| | |
|---|---|
| CompuServe Interactive Services, Inc. | Delaware |
| ICQ LLC | Delaware |
| ICQ Ltd. | Israel |
| InfoInterActive Corp. | Nova Scotia |
| Lightningcast LLC | Delaware |
| MapQuest, Inc. | Delaware |
| MapQuest PA, Inc. | Delaware |
| Netscape Communications Corporation | Delaware |
| Quigo Technologies, Inc. | Delaware |
| TACODA, Inc. | Delaware |
| TACODA, Ltd. | United Kingdom |
| The Relegence Corporation | Delaware |
| Third Screen Media, Inc. | Delaware |
| Totekasche Holdings, Inc. d/b/a Userplane | Delaware |
| Truveo, Inc. | Delaware |
| WL Acquisition LLC | Delaware |
| Xdrive, LLC | Delaware |
| Yedda Technologies-Knowledge Management Services (Y.O.D.E.A. 2006) Ltd. | Israel |
| Historic TW Inc. | Delaware |
| Turner Broadcasting System, Inc. | Georgia |
| Cable News International, Inc. | Georgia |
| Cable News Network, Inc. | Delaware |
| CNN America, Inc. | Delaware |
| CNN Interactive Group, Inc. | Delaware |
| CNN Newsource Sales, Inc. | Georgia |
| Courtroom Television Network LLC (dba TRUTV) | New York |
| CTG Inversara S.A. | Argentina |
| New Line Cinema Corporation | Delaware |
| Material Entertainment | United Kingdom (1) |
| New Line Distribution, Inc. | California |
| New Line Home Entertainment, Inc. | New York |
| New Line Productions, Inc. | California |
| New Line Television, Inc. | California |
| New Line Theatricals, Inc. | New York |
| Picturehouse Films | New York |
| Superstation, Inc. | Georgia |
| TEN Network Holding, Inc. | Delaware |
| TGN, Inc. | Georgia |
| The Cartoon Network, Inc. | Delaware |
| Turner Broadcasting System Asia Pacific, Inc. | Georgia |
| Turner Entertainment Holdings Asia Pacific Limited | Hong Kong |
| Turner Broadcasting Sales, Inc. (dba Turner Entertainment New Media) | Georgia |
| Turner Broadcasting System (Holdings) Europe Ltd. | United Kingdom |
| Turner Broadcasting System International, Inc. | Georgia |
| Turner Broadcasting System Latin America, Inc. | Georgia |
| Turner Classic Movies, Inc. | Delaware |
| Turner Entertainment Networks Asia, Inc. | Georgia |

---

| | |
|---|---|
| Turner Entertainment Networks Inc. | Georgia |
| Turner Network Sales, Inc. | Georgia |
| Turner Network Television, Inc. | Delaware |
| Turner Sports, Inc. | Georgia |
| Time Warner Companies, Inc. | Delaware |
| American Television and Communications Corporation | Delaware |
| Time Inc. | Delaware |
| Entertainment Weekly Inc. | Delaware |
| Essence Communications Inc. | Delaware |
| Expansión, S.A. de C.V. (Grupo Editorial Expansión) | Mexico |
| IPC Group Limited | United Kingdom |
| Magazine Retail Enterprises Inc. | Delaware |
| Media Networks, Inc. | Delaware |
| Southern Progress Corporation | Delaware |
| Oxmoor House, Inc. | Delaware |
| Sunset Publishing Corporation | Delaware |
| Synapse Group, Inc. | Delaware (1) |
| This Old House Ventures, Inc. | Delaware |
| Time Canada Ltd. | Canada |
| Time Consumer Marketing, Inc. | Delaware |
| Time Customer Service, Inc. | Delaware |
| Time Direct Ventures LLC | Delaware |
| Time/Warner Retail Sales & Marketing Inc. | New York |
| Time Inc. Interactive | Delaware |
| Time Warner Publishing B.V. | Netherlands |
| Warner Communications Inc. | Delaware |
| DC Comics (partnership) | New York |
| E.C. Publications, Inc. | New York |
| Home Box Office, Inc. | Delaware |
| HBO Services, Inc. | Delaware |
| Picturehouse Films | New York |
| Time Warner Cable Inc. | Delaware (1) |
| Road Runner HoldCo LLC | Delaware |
| Time Warner Cable LLC | Delaware |
| TW NY Cable Holding Inc. | Delaware |
| Time Warner NY Cable LLC | Delaware |
| Time Warner Entertainment Company, L.P. | Delaware |

---

| | |
|---|---|
| Time Warner Entertainment-Advance/Newhouse Partnership | New York (1) |
| TW UK Holdings Inc. | Delaware |
| Time Warner Entertainment Limited | United Kingdom |
| TT Games Ltd. | United Kingdom |
| TW Ventures Inc. | Delaware |
| Castle Rock Entertainment | California |
| Castle Rock Entertainment, Inc. | Georgia |
| Warner Bros. (F.E.) Inc. | Delaware |
| Warner Bros. (South) Inc. | Delaware |
| Warner Bros. Entertainment Inc. | Delaware |
| Burbank Television Enterprises LLC | Delaware |
| Telepictures Production Inc. | Delaware |
| Warner Bros. International Television Distribution Inc. | Delaware |
| Warner Bros. Television Distribution Inc. | Delaware |
| Warner Horizon Television Inc. | Delaware |
| Warner Bros. Entertainment Australia Pty Limited | Australia |
| Warner Bros. Consumer Products Inc. | Delaware |
| Warner Bros. Home Entertainment Inc. | Delaware |
| Monolith Productions Inc. | Washington |
| WB Games Inc. | Delaware |
| Warner Bros. Animation Inc. | Delaware |
| Warner Bros. Enterprises LLC | Delaware |
| Warner Specialty Films Inc. | Delaware |
| Warner Bros. Technical Operations Inc. | Delaware |
| WB Studio Enterprises Inc. | Delaware |
| Warner Bros. Distributing Inc. | Delaware |
| Warner Bros. International Cinemas Inc. | Delaware |
| Warner Bros. Entertainment GmbH | Germany |
| Warner Bros. Entertainment Espana S.L. | Spain |

| | |
|---|---|
| Warner Bros. Entertainment France S.A.S. | France |
| Warner Bros. (Korea) Inc. | Korea |
| Warner Bros. Theatrical Enterprises LLC | Delaware |
| Warner Entertainment Japan Inc. | Japan |
| Warner Village Cinemas S.p.A. | Italy |
| WB Communications Inc. | Delaware |
| The CW Network LLC | California (1) |
| WB 100-Plus Station Group Inc. | Delaware |

| | |
|---|---|
| WTTA Incorporated | Delaware |
| Hanna-Barbera Entertainment Co., Inc. | California |
| Hanna-Barbera, Inc. | Georgia |
| Turner Entertainment Co. | Delaware |
| Time Warner International Finance Limited | United Kingdom |
| Time Warner Realty Inc. | Delaware |

(1) Less than 100% owned

© 1995-2008 EDGAR Online, Inc. All rights reserved • NASDAQ: EDGR • Solutions for Corporations • Terms of Use • Privacy Statement

# EXHIBIT F

SHOP AND SUBSCRIBE ⊞
CONTACTS AND SUPPORT ⊞     Search

**AOL**

**HOME BOX OFFICE**

**TIME INC.**

**TIME WARNER CABLE**

**TURNER BROADCASTING SYSTEM**

**WARNER BROS. ENTERTAINMENT**

**TIME WARNER INVESTMENTS**

**GLOBAL MEDIA GROUP**

🖨 Printer-Friendly Page

# TURNER BROADCASTING SYSTEM

## OVERVIEW

**Best in Entertainment, Animation and News**
Turner Broadcasting operates worldwide entertainment, animation and news networks and businesses whose performances continue to lead their respective industry segments.

## CORE STATISTICS

**#1** In total day delivery of Adults 18-49 and Adults 25-54 during 2007 (TNT)

**#1** In total day delivery of Adults 18-34 and Adults 18 – 24 during 2007 (Adult Swim)

**10** 2007 Primetime Emmy® Awards — 8 for Cartoon Network and 2 for TNT

## HIGHLIGHTS

The continuing strong performance of Turner's core television networks business is powering digital growth across the portfolio. Leading the company's entertainment division in 2007, TNT, television's "destination for drama," ranked #1 in total day delivery of Adults 18-49 and Adults 25-54 among advertising-supported cable networks. TNT's *The Closer* continued as advertising-supported cable's #1 original series of all time in Total Viewer and Household delivery, while TNT's *Saving Grace* was advertising-supported cable's #1 new original drama series in 2007 among Households. For the third year in a row, Adult Swim was advertising-supported cable's #1 network for total day delivery of Adults 18-34 and Adults 18-24, and it set a new all-time cable in 2007 record for delivery of Adults 18-34. In addition, Turner Broadcasting garnered ten awards at the 59th Primetime Emmy® Awards — eight for Cartoon Network and two for TNT.

Turner's CNN and CNN Headline News networks, 24-hour per day cable television news services, reached approximately 96.4 million U.S. television households and 95.9 million U.S. television households, respectively, as of December 2007. A high definition feed of CNN also is available. As of December 31, 2007, CNN managed 39 news bureaus and editorial operations, of which 10 are located in the U.S. and 29 are located around the world. CNNInternational, an English language news network, reached more than 200 countries and territories as of the end of 2007.

Turner Broadcasting is well-positioned for continuing success through the company's investment in quality entertainment, animation and sports content to sustain the market leadership of



**GLOBAL PRESENCE**

Launch Interactive Map ⊞

**OPERATING OFFICERS**

Philip Kent, Chairman and CEO

Complete list of operating officers ⊞

**COMPANY WEBSITES**

www.turner.com

More Turner websites ▣ GO

**RECENT NEWS**

Turner Entertainment Networks Offers Dynamic Programming Slate Big Stars and Innovative New Options for Advertisers Read More

CNN.com, Mixx Enter Alliance to Bolster Online News Community Read More

CNN Mobile Wins Webby People's Voice Award Read More

All Turner Broadcasting System News ⊞

**SHOP & SUBSCRIBE**

Cartoon Network
The Turner Store

Turner's established networks and businesses; technology
innovation that furthers CNN's global news-gathering leadership
and creates new opportunities for strategic brand extension; and
a company-wide focus on Turner's digital future.

## EVENTS

 

**31 Days of Oscar**
Beginning February 1 on TCM.
Uncut and commercial free.

**The Closer**
New episodes coming in 2008.

## BRANDS

Adult Swim
Boomerang
Cartoon Network
Cartoon Network Asia Pacific
Cartoon Network Europe
Cartoon Network Latin
America
Cartoon Network Studios
Williams St. Studio
CNN / U.S.
CNN Airport Network
CNN en Espanol
CNN en Espanol Radio
CNN Headline News
CNN Headline News
 in Latin America
CNN Headline News
 in Asia Pacific
CNN International
CNN Mobile
CNNMoney.com

CNN Newsource
CNN Pipeline
CNN.com
CNNRadio
CNNStudentNews.com
CNN to Go
GameTap
NASCAR.com
PGA.com
Pogo
TBS
TCM Asia Pacific
TCM Canada
TCM Europe
TCM Classic Hollywood
 in Latin America
TNT HD
TNT Latin America
Toonami
truTV
Turner Classic Movies
Turner Network Television

**Joint Ventures**
BOING
Cartoon Network Japan
CNN+
CETV
CNNj
CNN Turk
CNN-IBN
CNN.de (German)
CNN.co.jp (Japanese)
NBC / Turner
 NASCAR Races
n-tv
Zee / Turner

last updated: February 7, 20

⊡ legal & privacy ⊡ caution concerning forward-looking statements  |  © Time Warner 2008. All Rights Reserved.

# EXHIBIT G





Already a member?  LOGIN

# ABOUT GAMETAP

GameTap is the ever-expanding playground of video games from the arcade classics to console and PC hits.

For the first time ever, gamers of all ages will be able to play the greatest games in their original format, regardless of platform, right on their personal computers. Together with the largest and deepest library of video games currently available, GameTap also delivers a host of bonus materials and special programming about video games available nowhere else.

GameTap is part of Turner Broadcasting System, Inc. (TBS, Inc.), a Time Warner company. TBS is a major producer of news and entertainment product around the world and the leading provider of programming for the basic cable industry.

Play Online Games (Beta)    Play Games    Buy Games    Play Free Games    Play Mac Games

About GameTap    Code of Conduct    Privacy Policy    Terms and Conditions    Careers    Advertise with Us

TM & © 2007 Turner Broadcasting System, Inc. A Time Warner Company, or its licensors. Patent pending. All Rights Reserved.
GameTap is part of the Turner Sports and Entertainment Digital Network.



# EXHIBIT H



GAMETAP

Home | Support | What Is GameTap?



Already a member?   LOGIN

See all free games (122)          Browse the catalog  (1013)



tap this daily

**TOP FREE GAMES**

| Action | Classic Arcade |
|---|---|
| Zoo Keeper™ | Defender™ |
| Space Invaders™ | Root Beer Tapper™ |
| 1943: The Battle of Midway | The New Zealand Story™ |
| Defender™ | Bubble Bobble™ |
| See all | See all |
| **Fighting** | **Strategy** |
| Final Fight | Commandos 3: Destination Berlin |
| The Last Blade | Disciples II: Rise of the Elves Gold |
| Super Street Fighter® II: The New Challengers | Nemesis of the Roman Empire |
| Mega ManX: The Power Battle | Warlords Battlecry III |
| See all | See all |


C&C: Red Alert 3   ▶ read


Tapped In: Yars' Revenge   ▶ watch



**Free Games**

1943: The Battle of Midway | Bubble Bobble™ | Bust-A-Move™ | Space Invaders™

**New Games**

Outpost Kaloki | Five Card Deluxe | Alpha Prime | Chameleon Gems

**Featured Games**

Sid Meier's Civilization IV | Deus Ex™ | Overlord™ | Total Overdose™

play



Plug and Play
May 19, 2008

A Day in the Extra Life
Pac-Man: Sopranos

10 Years of Tomb Raider
Tomb Raider: Anniversary



GOLDEN FLEECE® Now 3 for $119
PERFORMANCE POLOS  REG.$59.50 EACH

Brooks Brothers   ▶SHOP NOW

**YOU GOTTA PLAY**



Prince of Persia: Warrior Within

Planescape Torment

Street Fighter III: Third Strike

talk

**Popular Discussions**

whats the fuss about sam & max?
HaterTots wrote: hopefully gt will get that someday That's up l...
Posted: May 19 07:01 PM by NinjaPirate119

We're'nt all Thief game spaesed to be coming to Gametap?
I think I read somewhere that the engine used in the first two game...
Posted: May 19 12:40 PM by MobiusArcher

Does gametap need better games for free play?
seriously, gt is only 60 a month, go sell your plasma and stop como .
Posted: May 19 06:25 PM by HaterTots




**watch**

**Best Of GameTap**
Best of GameTap Franchises

Friend codes for Super Smash Bros. Brawl
bonjour les gens, whos allant jouer vendredi ? si vous êtes, que
me...
Posted, May 19 08 34 PM by wassupe1111

474

**Call of Duty 4: Modern Warfare**
The new action-thriller from the award-
winning team at Infinity Ward, the
creators of the Call of Duty series,
delivers the most intense and cinematic
action experience ever. Call of Duty 4:
Modern Warfare arms gamers with an
arsenal of advanced and powerful modern
day ....

**Hot Sellers**

Gears of War
Tom Clancy's Rainbow Six Vegas 2
Pro Evolution Soccer 2008
Frontlines: Fuel of War
The Club
See all games in the shop

**read**




**Command & Conquer: Re...**
A time-travel RTS with bears and boats?
Sign me up.

**Sonic Unleashed (PS3, Xbo...**
Hey kids, Sonic is back. Remember Sonic?

**Castlevania: Order of Ecc...**
Start sharpening that stylus--you-know-who
is back!

**Gears of War 2 (Xbox 360)**
Get your 360 ready for more blockbuster
summer action craziness.

**Left 4 Dead (PC, Xbox 360)**
Two idiots bumble their way through Valve's
zombie outbreak.

Play Online Games (Beta)    Play Games    Buy Games    Play Free Games    Play Mac Games

About GameTap    Code of Conduct    Privacy Policy    Terms and Conditions    Careers    Advertise with Us

TM & © 2007 Turner Broadcasting System, Inc. A Time Warner Company, or its licensors. Patent pending. All Rights Reserved.
GameTap is part of the Turner Sports and Entertainment Digital Network.



http://www.gametap.com/                    5/19/2008

# EXHIBIT I

SHOP AND SUBSCRIBE ⊞
CONTACTS AND SUPPORT ⊞      Search

PRESS RELEASES

CONTACTS & RESOURCES

MEDIA AND IDENTITY
MATERIALS

🖶 Printer-Friendly Page

## Turner Enters Video Game Business with GameTap Broadband Entertainment Network
April 27, 2005

ATLANTA –Turner Broadcasting System, Inc. (TBS, Inc.), a Time Warner company, today unveiled GameTap, a first-of-its-kind broadband entertainment network that offers games-on-demand plus original programming via a broadband connected PC. GameTap launches fall 2005.

"Turner's lifeblood is creating branded networks and we are excited about the opportunity to create an immersive environment for games following our success with other branded environments like CNN, TCM and Cartoon Network," said Andrew T. Heller, president of domestic distribution for TBS, Inc. "With GameTap, we are bringing to games what we brought to cable television: compelling, branded environments where beloved properties live on."

For GameTap, Turner has licensed nearly 1,000 games from 17 publishers. The service will launch with 300, and then roll out new titles and programming each week. Programming is created expressly for GameTap – coming attractions and behind-the-scenes peeks that introduce the games and provide background information.

"With GameTap, Turner fills a need in the industry for a viable post-retail sales channel for games," said Dennis Quinn, executive vice president of business development, TBS, Inc. "We're taking publishers' time-honored content and re-packaging it for new and existing audiences."

GameTap provides subscribers an "all-you-can-play" gaming service accessible from up to two household computers. To access GameTap, players securely download and install Turner-developed client software from www.gametap.com that acts as a gateway to the GameTap library. Because games reside securely on the PC, not across a network, they act just as if they were still on the console or at the arcade. Fast response times, 3D effects, colors, and characters are all present and accounted for. GameTap supports navigation and game play using both keyboard and mouse, as well as most USB peripherals.

About Turner
Turner Broadcasting System, Inc., a Time Warner company, is a major producer of news and entertainment product around the world and the leading provider of programming for the basic cable industry.

**Contact Info:**
Misty Skedgell, Atlanta
(404) 885-4396
misty.skedgell@turner.com

Erica Rogers/Clint Bagley, Access Communications for GameTap
(415) 844-6210/6250

### RSS
Subscribe to an RSS feed of Time Warner press releases.
📶 RSS

### HIGHLIGHTS

**Investor Relations**
Financial Reports & SEC Filings
Stock & Debt Information
Events & Presentations
Shareholder Services

**Corporate Governance**
Board of Directors
Governance policy
Codes of Conduct

**Management**
Senior Corporate Executives
Executives by Business
Executive Speeches

**About Us**
Time Warner Fact Sheet
Values

### ABOUT OUR BUSINESSES
Select a business to learn mor
  Our Businesses

erogers@accesspr.com; cbagley@accesspr.com

View All Press Releases ⊞

## SEARCH PRESS RELEASES

**Start Date:** Jan    01    1999
**End Date:** Jun    16    2008
**Company:** All Companies
**Keyword:**                        SEARCH

---

⊞  legal & privacy     ⊞  caution concerning forward-looking statements        | © Time Warner 2008. All Rights Reserved.

# EXHIBIT J

Search   Traffic Rankings   Directory   Alexa Toolbar   Developer's Corner   Blog



www.gametap.com/common/abc [ Get Traffic Details ▸ ]  Top 500 - Movers & Shakers

**Explore this site**

Overview
Traffic Details
Related Links
    Edit Site Info

**More to Explore**

Sites Linking In
Wayback Machine: see
how gametap.com looked
in the past
Search for gametap.com:
  ▸ on the Web
  ▸ in the Directory

**Share your thoughts**

E-mail a friend about
gametap.com...

**Sell Ad Space on
Your Site!**
AdBrite is the Internet's ad
marketplace. Take control of your ad
space today and make money.



Get Started Now

Get a custom tee
with your stats!



o.uqxj7·v
say my site rocks!
www.gametap.com
**More Tees**

**Gametap.com**
gametap.com/common/about_gametap.jsp

Gametap.com has a traffic rank of: 4,579



**Company Info for gametap.com:**

Turner Broadcasting System, Inc.
One CNN Center, 13N
Atlanta, GA
30303
US

Phone: +1 404 827 3470
Fax: +1 404 827 1995
tmgroup [at] turner.com

Edit gametap.com contact info...

**Site Stats for gametap.com:**

- Gametap.com has a traffic rank of: 4,579   (▼1,520)
- Speed: Very Slow   (94% of sites are faster), Avg Load Time: 8.0 Seconds  ⓘ
- Other sites that link to this site: 294
- Online Since: 29-Jun-2001

See gametap.com traffic details...

**Sites with registration info similar to gametap.com:**

 **Cartoonnetworkya.com**
cartoonnetworkya.com
Site info for cartoonnetworkya.com ⓘ

 **Tbs.com**
tbs.com
Site info for tbs.com ⓘ

 **Tickleu.com**
tickleu.com
Site info for tickleu.com ⓘ

 **Tcmdb.com**
tcmdb.com
Site info for tcmdb.com ⓘ

 **Banzu.com**
banzu.com
Site info for banzu.com ⓘ

 **Turnerclassicmovies-yfcc.com**
turnerclassicmovies-yfcc.com
Site info for turnerclassicmovies-yfcc.com ⓘ

 **Kidshelpout.org**
kidshelpout.org
Site info for kidshelpout.org ⓘ

 **Rediscoverlebanon.com**
rediscoverlebanon.com
Site info for rediscoverlebanon.com ⓘ

 **Truckatoon.com**
truckatoon.com
Site info for truckatoon.com ⓘ

 **Trumpetawards.com**
trumpetawards.com
Site info for trumpetawards.com ⓘ

---

**Traffic Rankings**      **Developer's Corner**     **Company Info**     **Help**
Top 500 Sites            Web Search               History              FAQ's
Movers & Shakers         Alexa Data               Technology           Support

Add Alexa to Your List of Search Providers!
Download the Alexa Toolbar!

http://www.alexa.com/data/details?amzn_id=alexa65-tb-20&url=http://www.gametap.com...   5/19/2008

**EXTENDED STAY HOTELS**
extendedstay.com

Custom Toolbar          News & Press Releases                              An amazon.com company
Link Report             Contact Us

# EXHIBIT K



# Georgia Secretary of State
# *Karen C. Handel*

Archives • Corporations • Elections • News Room • Professional Licensure • Securities • State Capitol

| Search |
|---|
| ▶ By Business Name |
| ▶ By Control No |
| ▶ By Officer |
| ▶ By Registered Agent |
| Verify |
| ▶ Verify Certification |
| New Filing |
| ▶ Click here to file online for: |
| ▶ New Limited Liability Company (LLC) |
| ▶ New Business Corporation |
| ▶ New Non-Profit Corporation |
| ▶ New Professional Corporation (PC) |
| Annual Registration |
| ▶ Annual Registration |
| Name Reservation |
| ▶ File Name Reservation |
| Online |
| Online Orders |
| ▶ Register for Online Orders |
| ▶ Order Certificate of Existence |
| ▶ Order Certified Documents |

**View Filed Documents**
Date: 5/15/2008  (Annual Registration History etc.)

---

**File Annual Registration Online**
or
**Print A Paper Annual Registration Form**

---

PLEASE NOTE:  To download your Annual Registration forms you will need Adobe Reader to view and/or print.  If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



## Business Name History

| Name | Name Type |
|---|---|
| TGN, INC. | Current Name |

### Profit Corporation - Domestic - Information

| | |
|---|---|
| Control No.: | 0448481 |
| Status: | Active/Noncompliance |
| Entity Creation Date: | 8/12/2004 |
| Jurisdiction: | GA |
| Principal Office Address: | ONE CNN CENTER ATLANTA GA 30303-2762 |
| Last Annual Registration Filed Date: | 4/4/2006 |
| Last Annual Registration Filed: | 2006 |

### Registered Agent

| | |
|---|---|
| Agent Name: | C T CORPORATION SYSTEM |
| Office Address: | 1201 PEACHTREE STREET, NE ATLANTA GA 30361 |
| Agent County: | FULTON |

### Officers

| | |
|---|---|
| Title: | CEO |
| Name: | JIM MCCAFFREY |
| Address: | ONE CNN CENTER ATLANTA GA 30348 |

| | |
|---|---|
| Title: | CFO |
| Name: | DENNIS BURROUGHS |
| Address: | ONE CNN CENTER ATLANTA GA 30348 |

| | |
|---|---|
| Title: | Secretary |
| Name: | LOUISE S. SAMS |
| Address: | ONE CNN CENTER ATLANTA GA 30348 |



# Georgia Secretary of State
# Karen C. Handel

Archives · Corporations · Elections · News Room · Professional Licensure · Securities · State Capitol

| Search |
|---|
| ▶By Business Name |
| ▶By Control No |
| ▶By Officer |
| ▶By Registered Agent |
| Verify |
| ▶Verify Certification |
| New Filing |
| ▶Click here to file online for: |
| ▶New Limited Liability Company (LLC) |
| ▶New Business Corporation |
| ▶New Non-Profit Corporation |
| ▶New Professional Corporation (PC) |
| Annual Registration |
| ▶Annual Registration |
| Name Reservation |
| ▶File Name Reservation Online |
| Online Orders |
| ▶Register for Online Orders |
| ▶Order Certificate of Existence |
| ▶Order Certified Documents |

## View Filed Documents
Date: 5/15/2008  (Annual Registration History etc.)

### File Annual Registration Online
or
### Print A Paper Annual Registration Form

PLEASE NOTE: To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



### Business Name History

| Name | Name Type |
|---|---|
| TURNER BROADCASTING SYSTEM, INC. | Current Name |

#### Profit Corporation - Domestic - Information
Control No.: J604728
Status: Active/Owes Current Year AR
Entity Creation Date: 5/12/1965
Jurisdiction: GA
Principal Office Address: ONE TIME WARNER CENTER NEW YORK NY 10019
Last Annual Registration Filed Date: 4/18/2007
Last Annual Registration Filed: 2007

#### Registered Agent
Agent Name: C T CORPORATION SYSTEM
Office Address: 1201 PEACHTREE STREET, NE ATLANTA GA 30361
Agent County: FULTON

#### Officers
Title: CEO
Name: PHILIP KENT
Address: ONE CNN CENTER ATLANTA GA 30303

Title: CFO
Name: VICTORIA MILLER
Address: ONE CNN CENTER ATLANTA GA 30303

Title: Secretary
Name: LOUISE S SAMS
Address: ONE CNN CENTER ATLANTA GA 30303

**EXHIBIT L**





 **Atlanta, GA**

Drive: 745 mi – about 12 hours 27 mins

| | | |
|---|---|---|
| 1. | Head **southeast** on **Trinity Ave SW** toward **Washington St SW** | 0.2 mi |
| 2. | Slight **left** at **Memorial Dr SW** | 0.3 mi |
| 3. | Turn **left** at **Martin St SE** | 361 ft |
| 4. | Take the ramp onto **I-75 N/I-85 N**<br>Continue to follow I-85 N<br>Passing through South Carolina, North Carolina<br>Entering Virginia | 507 mi |
| 5. | Take the exit onto **I-95 N** toward **Richmond** | 118 mi |
| 6. | Take the exit on the **left** onto **Capital Beltway/I-495 E/I-95 N** toward **Baltimore**<br>Passing through District of Columbia<br>Entering Maryland | 26.5 mi |
| 7. | Take exit **19A** to merge onto **US-50 E** toward **Annapolis**<br>Partial toll road | 40.7 mi |
| 8. | Continue on **US-301 N** (signs for **Wilmington/US-301 N**) | 18.2 mi |
| 9. | Turn **right** at **Barclay Rd/MD-302** | 9.0 mi |
| 10. | Turn **right** at **Crown Stone Rd/MD-454**<br>Entering Delaware | 2.2 mi |
| 11. | Continue on **Halltown Rd/SR-8** | 17.0 mi |

Continue to follow SR-8

| | | |
|---|---|---|
| 12. | Slight **right** at **N Little Creek Rd** | 407 ft |
| 13. | Turn **right** at **Main St/SR-9** | 2.8 mi |
| | Continue to follow SR-9 | |
| 14. | Turn **left** at **Pickering Beach Rd** | 2.2 mi |
| 15. | Turn **left** at **N Sandpiper Dr** | 0.1 mi |

**Delaware**

These directions are for planning purposes only. You may find that construction projects, traffic, or other events may cause road conditions to differ from the map results.

Map data ©2008 NAVTEQ™, Sanborn



Start **Atlanta, GA**
End **Seattle, WA**
Travel **2,695 mi – about 1 day 15 hours**



Get Google Maps on your phone
Text the word "GMAPS" to 466453

**Atlanta, GA**

Drive: 2,695 mi – about 1 day 15 hours

| | | | |
|---|---|---|---|
| | 1. | Head **southeast** on **Trinity Ave SW** toward **Washington St SW** | 0.2 mi<br>1 min |
| ← | 2. | Slight **left** at **Memorial Dr SW** | 0.3 mi<br>1 min |
| ← | 3. | Turn left at **Martin St SE** | 361 ft |
| | 4. | Take the ramp onto **I-75 N/I-85 N**<br>Continue to follow I-75 N<br>Entering Tennessee | 109 mi<br>1 hour 42 mins |
| ← | 5. | Take exit **2** on the left to merge onto **I-24 W** toward **Nashville/Chattanooga**<br>Passing through Georgia, Tennessee, Kentucky<br>Entering Illinois | 318 mi<br>4 hours 47 mins |
| | 6. | Take exit **44B** to merge onto **I-57 N** toward **Chicago** | 52.1 mi<br>48 mins |
| ← | 7. | Slight **left** at **I-64 W** (signs for St Louis/I-64 W) | 71.5 mi<br>1 hour 7 mins |
| | 8. | Take exit **2C** for **M L King Bridge** toward **Downtown St Louis** | 0.8 mi<br>1 min |
| | 9. | Merge onto **Dr Martin Luther King Jr Memorial Bridge**<br>Entering Missouri | 1.1 mi<br>2 mins |
| ← | 10. | Merge onto **I-70 W** via the ramp on the **left** to **Kansas City** | 241 mi<br>3 hours 39 mins |
| | 11. | Take exit **8B** to merge onto **I-435 N** toward **Des Moines** | 28.4 mi<br>26 mins |
| | 12. | Merge onto **I-29 N**<br>Passing through Iowa<br>Entering South Dakota | 346 mi<br>5 hours 0 mins |
| | 13. | Take exit **84B** to merge onto **I-90 W** toward **Rapid City**<br>Passing through Wyoming<br>Entering Montana | 702 mi<br>9 hours 29 mins |
| | 14. | Take the exit onto **I-90 W** toward **Billings**<br>Passing through Idaho<br>Entering Washington | 823 mi<br>11 hours 34 mins |
| | 15. | Take exit **2C** for **I-5 N** toward **Vancouver B.C.** | 0.7 mi<br>1 min |
| → | 16. | Keep **right** at the fork, follow signs for **James St** | 0.3 mi |
| ← | 17. | Turn **left** at **James St** | 0.1 mi<br>2 mins |

**Overview**

**Start**

**End**

Map data ©2008 NAVTEQ™, Sanborn

 **Seattle, WA**

These directions are for planning purposes only. You may find that construction projects, traffic, or other events may cause road conditions to differ from the map results.

Map data ©2008 NAVTEQ™, Sanborn

# EXHIBIT M











# EXHIBIT N

 



## About Valve®

➡ **Technology licensing** - The Source™ engine, the SDK, and Steam

➡ **Cyber café** information for owners of gaming venues

➡ **Various awards** we're proud to have won

➡ **Publications** - papers by Valve's engineers and artists

➡ **The people** who make up the Valve team

..........................................................

**ABOUT VALVE**



Valve is an entertainment software and technology company founded in 1996 and based in Bellevue, Washington. The company's debut title, Half-Life®, has won over 50 Game of the Year Awards and was named "Best PC Game Ever" in the November 1999, October 2001, and April 2005 issues of PC Gamer, the world's best-selling PC games magazine.

Valve's portfolio of entertainment titles also includes Half-Life® 2, Counter-Strike®, Day of Defeat®, Team Fortress®, and Portal™. This portfolio of titles accounts for over 20 million retail units sold worldwide, and Valve games account for over 80% of the PC online action market.

In addition to producing best selling entertainment

http://www.valvesoftware.com/about.html

5/19/2008

titles, Valve is a developer of leading-edge technologies including the Source® game engine and Steam®, a leading platform for digital content with over 10 million registered users.

Today, Valve is composed of just over 120 of the industry's best artists, programmers, and writers. In the company's 10-year history, it has risen from "unlikely new entry" to industry leader, producing a string of best selling and critically acclaimed PC products and technologies.

© 1995-2005 Valve Corporation, all rights reserved. Valve, the Valve logo, Half-Life, the Half-Life logo, the Lambda logo, Steam, the Steam logo, Team Fortress, the Team Fortress logo, Opposing Force, Day of Defeat, the Day of Defeat logo, Counter-Strike, the Counter-Strike logo, Source, the Source logo, Valve Source and Counter-Strike: Condition Zero are trademarks and/or registered trademarks of Valve Corporation. Site Terms of Use | Privacy Policy | Legal

# EXHIBIT O



Home    Games    Press/Media    About Us    Jobs    Forums    Reflexive Arcade

## About Us

contact us

Located in beautiful Orange County, California, Reflexive Entertainment was founded in 1997 with one goal in mind - to make great games. We've dedicated ourselves to this goal for the past 10 years and we hope you enjoy the results. We are proud of what we have accomplished to date, and we are continually reinvigorated by the new games and ideas that we have in development.

In 1998 we released our first game: Swarm.  The game was a dream come true, allowing us to make exactly the game we wanted to make.  It was released to strong reviews and became one of the first hits in the downloadable game space on the still-young Internet.  With the success of Swarm we decided to branch out into contract-for-hire game development, and we enjoyed creating PC games for major publishing houses such as Black Isle and Activision.



With the success of the award-winning Ricochet in 2001, we turned back towards the Internet gaming marketplace where it had all started for us. The critical and financial success of Ricochet prompted us to focus more attention on the Internet space as the best way to reach a large audience of gamers.

We launched our very own online arcade dubbed "Reflexive Arcade" in 2003 to sell our own as well as other quality games online.   Reflexive Arcade continues to grow and maintains one of the largest selections of downloadable games available for sale on the Internet.  Millions of games are downloaded each week from Reflexive Arcade and the numbers only continue to grow.

In April of 2004, we created a sequel to Ricochet, releasing Ricochet: Lost Worlds, a game we hoped would be seen as the best breakout action game available. We followed up the success of Ricochet: Lost Worlds with RLW: Recharged, further extending the franchise with numerous improvements and nearly numberless levels.  The Ricochet series of games has become one of the most popular available online and has since been released on Xbox Arcade as well as on mobile phones.  2007 further expanded the Ricochet universe with Ricochet Infinity.  This new game added in-game level downloading for nearly endless play along with a host of new power-ups, graphics and special abilities.  We spent over a year creating Ricochet Infinity, making it one of our most ambitious projects yet.

We are fully committed to innovative game concepts and to that end we released Wik & the Fable of Souls in September of 2004 to rave reviews.  The praise continued for the game the following year when it won the Downloadable Game of the Year award at the 2005 Independent Games Festival in addition to winning the awards for innovation in visual arts and innovation in game design.  Following the awards ceremony we were pleased to go back to the development room at the request of Microsoft and further expand the game, adding widescreen, new game modes and multiplayer



so that it could be released on the Xbox 360 Live Arcade in December of 2005.  We were quite excited when the new Xbox 360 version won Downloadable Game of the Year from the Academy of Interactive Arts and Sciences in February 2006 at the DICE summit.



Wik wasn't our last title released in 2004 as we sneaked in Big Kahuna Reef just before the end of the year.  BKR proved to be an instant success and has become one of the most popular games available on-line leading us to further extend the reef with Big Kahuna Words in late 2005.  2006 provided further underwater adventures with the release of  Big Kahuna Reef on mobile phones as well as the release of the long-awaited sequel to Big Kahuna Reef, Big Kahuna Reef 2: Chain Reaction.

Mosaic: Tomb of Mystery, our first game of 2006, was created in the same rigorous manner as all of our games, with special attention to the quality and detail of each piece of the game.  We spent tremendous amounts of time creating a game that we felt every age group could



enjoy.  Though it hasn't been available for very long, we have been very
pleased by the public's response and hope that everyone enjoys playing it as much as we enjoyed
making it.

Monarch: The Butterfly King, our first game of 2007, was a re-envisioning of the Big Kahuna Reef
style of game.  Created with gardens in mind, this new game has a rich story and uses real flower
photographs to create a visual treat that is capped by fantastically beautiful butterflies.

We continue to work hard to create unique and interesting game experiences on multiple
platforms that show the highest level of quality and of course our signature immersive style.  We
hope that whenever you see the words Reflexive Entertainment you'll think of carefully crafted
games that are great fun to play!

### Contact Us

**By Mail:**
Reflexive Entertainment
21068 Bake Parkway Ste# 100
Lake Forest, CA 92630

**By eMail:**
Comments about our website: webmaster@reflexive.net
Technical Support for Reflexive Games: techsupport@reflexive.net
Employment: employment@reflexive.net
Press Inquiries: rcarroll@reflexive.net

© 2006 Reflexive Entertainment

The Honorable Judge Gregory M. Sleet

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRS, LLC, a Washington Limited Liability Company, | C.A. No. 08-127-GMS |
| Plaintiff, | |
| v. | **DECLARATION OF SCOTT OYLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER** |
| TURNER BROADCASTING SYSTEM, Inc., a Georgia Corporation | |
| Defendant. | |

I, Scott Oyler, make the following declaration:

 1. I am one of the three inventors of the '124 patent at issue in this case. I make this declaration based upon personal knowledge.

 2. I understand that CRS LLC has filed a patent infringement action against Turner Broadcasting System, Inc. in the District of Delaware. I understand that should this matter go to trial, I may be called as a witness.

 3. Contrary to the defendant's allegations, I am not adverse to voluntarily appearing at trial in Delaware. If required to do so, I am fully able and willing to travel to Delaware to testify. At this time, I do not foresee any obstacles that might interfere with my ability and willingness to testify at trial in Delaware.

I declare the penalty of perjury under the laws of the State of Washington that the foregoing is true to the best of my knowledge.

Executed this __23__ day of May, 2008 at ___Sctle___, Washington.

By: _____
Scott Oyler

## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, Certify That On May 23, 2008, I caused copies of the foregoing **Plaintiff's Opposition To Motion To Dismiss** to be served in the manner indicated on the parties on the attached service list.

Michael G. Busenkell (No. 3933)

**By Hand**
John W. Shaw
Karen E. Keller
Young Conway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**By First Class Mail**
Inge A. Larish
Karlquist Sparkman, LLP
One Union Square
600 University Street, Suite 2950
Seattle, WA 98101
(206) 264 2960

**By First Class Mail**
J. Christopher Carraway
Karlquist Sparkman, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
(503) 595-5300