IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRS, LLC | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 08-127-GMS |
| | ) |
| TURNER BROADCASTING SYSTEM, INC. | ) |
| | ) |
|     Defendant. | ) |

### DECLARATION OF STEPHEN PYBURN IN SUPPORT OF DEFENDANT TURNER BROADCASTING SYSTEM, INC.'S MOTION TO TRANSFER TO THE WESTERN DISTRICT OF WASHINGTON

I, Stephen Pyburn, the undersigned, declare:

1. I am a Controller III for Turner Entertainment Networks, Inc. and provide services to TGN, Inc. I am over the age of 18 and competent to testify to the matters contained in this Declaration. I have knowledge of the matters stated herein, and will testify to the same if called upon to do so. I declare as follows:

2. TGN, Inc. operates the video gaming website known as "GameTap." TGN, Inc. is a wholly-owned subsidiary of TBS, Inc. TGN, Inc. exists as a separate and

DECLARATION OF STEPHEN PYBURN IN SUPPORT OF TBS'S MOTION TO
TRANSFER CASE - 1
C.A. No. 08-127-GMS

distinct corporate entity from TBS, Inc., with TGN, Inc. maintaining separate financial records for the business activities conducted by TGN, Inc.

3. Revenues generated by the GameTap website are attributed directly to TGN, Inc. Costs incurred by the GameTap website are paid by or allocated to TGN, Inc. TGN, Inc. has its own employees, who work on developing and operating the GameTap website, and their salaries are paid for by TGN, Inc. To the extent that employees of TBS, Inc. or other TBS, Inc. subsidiaries, including myself, provide services to TGN, Inc., those costs are allocated to TGN, Inc. as well.

4. I swear under penalty of perjury, under the laws of the United States, that the foregoing statements are true and accurate to the best of my knowledge.

Executed this 5th day of June, 2008 at Atlanta, Georgia.

_____
Stephen Pyburn