UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRS, LLC, a Washington Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TURNER BROADCASTING SYSTEM, INC., a Georgia Corporation<br><br>　　　　　　　Defendant. | C.A. No. 08-127-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 23, 2008, Plaintiff's First Requests For Production To Defendant and Plaintiff's First Set Of Interrogatories To Defendant were served by first class mail on the following:

John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

J. Christopher Carraway, Esquire
Klarquist Sparkman, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204

June 23, 2008

　　　　　　　　　　ECKERT SEAMANS CHERIN & MELLOTT, LLC

　　　　　　　　　　_____
　　　　　　　　　　Michael G. Busenkell, Bar No. 3933
　　　　　　　　　　300 Delaware Avenue, Suite 1210
　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　(302) 425-0430

　　　　　　　　　　- and –

{U0014325.1}

ROHDE & VAN KAMPEN PLLC
Robert Rohde
1001 Fourth Avenue, Suite 4050
Seattle, WA 98154-1000
(206) 386-7353