IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-127-GMS |
| | ) |
| TURNER BROADCASTING SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 25, 2008, true and correct copies of 1) *Defendant Turner Broadcasting System, Inc.'s Responses and Objections to Plaintiff CRS, LLC's First Set of Interrogatories (Nos. 1-9)* and 2) *Defendant Turner Broadcasting System, Inc.'s Responses and Objections to Plaintiff's First Set of Requests for Production (Nos. 1-37)* were caused to be served upon the following counsel as indicated below:

### BY E-MAIL

Michael G. Busenkell, Esquire [mbusenkell@eckertseamans.com]
Eckert Seamans Cherin & Mellott LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

Robert Rohde, Esquire, Esquire [brohde@rohdelaw.com]
Rohde & Van Kempen PLLC
1001 Fourth Avenue, Suite 4050
Seattle, WA 98154-1000

PLEASE TAKE FURTHER NOTICE that on July 28, 2008, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Michael G. Busenkell, Esquire [mbusenkell@eckertseamans.com]
Eckert Seamans Cherin & Mellott LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

Additionally, this Notice of Service was served by e-mail on the above listed local counsel and on the following counsel in the manner indicated:

**BY E-MAIL**

Robert Rohde, Esquire, Esquire [brohde@rohdelaw.com]
Rohde & Van Kempen PLLC
1001 Fourth Avenue, Suite 4050
Seattle, WA 98154-1000

        YOUNG CONWAY STARGATT & TAYLOR, LLP

        */s/ Karen E. Keller*
        John W. Shaw (No. 3362)
        jshaw@ycst.com
        Karen E. Keller (No. 4489)
        kkeller@ycst.com
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600

OF COUNSEL:
J. Christopher Carraway
chris.carraway@klarquist.com
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
(503) 595-5300

DATED: July 28, 2008        *Attorneys for Defendant Turner Broadcasting System, Inc*

2