

**WOMBLE
CARLYLE
SANDRIDGE
& RICE**

A PROFESSIONAL LIMITED
LIABILITY COMPANY

222 Delaware Avenue
Wilmington, DE 19801

www.wcsr.com

AnnaMartina Tyreus
Attorney
Direct Dial: (302) 252-4328
Fax: (302) 252-4330
E-mail: Mtyreus@wcsr.com

September 5, 2008

**VIA E-FILING**
The Honorable Gregory M. Sleet
United States District Court for
The District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *CRS LLC v. Turner Broadcasting System Inc.*, Case No. 1:08-cv-00127 (GMS); *CRS LLC v. Napster LLC*, Case No. 1:08-cv-00476 (SLR); and *CRS LLC v. Bittorrent Inc.*, 1:08-cv-00477 (SLR)

Dear Judge Sleet:

We represent Plaintiff CRS LLC in the above-captioned matters. On July 30, 2008, we filed two cases (*CRS LLC v. Napster LLC*, Case No. 1:08-cv-00476 and *CRS LLC v. Bittorrent Inc.*, 1:08-cv-00477), which were assigned to Judge Robinson. At the time of filing, we mistakenly did not relate these two cases to *CRS LLC v. Turner Broadcasting System Inc.*, Case No. 1:08-cv-00127, which was filed March 4, 2008 and is currently before Your Honor. We also note that a case filed April 8, 2008, *CRS LLC v. Reflexive Entertainment Inc.*, Case No. 1:08-cv-00200-SLR, was also related but mistakenly not so indicated. This case was settled before any responsive filings were made.

We are simultaneously notifying Judge Robinson's chambers and we will await for the Court's response on how to proceed.

Please do not hesitate to contact me if you have any questions. Thank you.

Respectfully Submitted,

AnnaMartina Tyreus

cc:   Karen Elizabeth Keller, Esq. by ECF (Counsel for Turner Broadcasting)
      John W. Shaw, Esq. by ECF (Counsel for Turner Broadcasting)